jnu.law.ecf@alaska.gov

Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Alaska Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

*Attorney for State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA<br>26339 Eklutna Village Road<br>Chugiak, Alaska 99567,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior; TARA SWEENEY, Assistant Secretary – Indian Affairs; JOHN TAHSUDA, Principal Deputy Assistant Secretary – Indian Affairs; JAMES CASON, Associate Deputy Secretary, United States Department of the Interior,<br>1849 C Street N.W.<br>Washington, DC 20240<br><br>    Defendants. | Case No. 1:19-cv-02388-DLF |

**MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24, the State of Alaska moves to intervene as a defendant in this case. This motion is supported by the enclosed memorandum in support.

Pursuant to Local Civil Rule 7(m), the State of Alaska contacted counsel for the plaintiff and counsel for the federal defendants first on December 26th and again on December 30th. Both counsel indicated their clients had not yet determined their positions on the motion and would file responses, if any, within the allotted time.

DATED: December 31, 2019.

                                          KEVIN G. CLARKSON
                                        ATTORNEY GENERAL

By:   /s/ Lael A. Harrison
        Lael A. Harrison
        Assistant Attorney General
        Alaska Bar No. 0811093
        Alaska Department of Law
        PO Box 110300
        Juneau, AK 99811-0300
        Telephone: 907.465.3600
        Facsimile: 907.465.3019
        Email: lael.harrison@alaska.gov

ATTORNEY GENERAL, STATE OF ALASKA
Dimond Courthouse
PO Box 110300, JUNEAU, ALASKA 99811
PHONE (907) 465-3600