IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA<br>26339 Eklutna Village Road<br>Chugiak, Alaska 99567,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior; TARA SWEENEY, Assistant Secretary – Indian Affairs; JOHN TAHSUDA, Principal Deputy Assistant Secretary – Indian Affairs; JAMES CASON, Associate Deputy Secretary, United States Department of the Interior,<br>1849 C Street N.W.<br>Washington, DC 20240; and THE STATE OF ALASKA<br><br>    Defendants. | Case No. 1:19-cv-02388-DLF |

### [PROPOSED] ORDER

Upon consideration of the State of Alaska's Motion to Intervene, and any opposition thereto, the motion is GRANTED. The State of Alaska shall be added as a defendant in this case, and the Answer lodged by the State of Alaska is accepted as filed.

DATED _____, 20___, at _____, Alaska.

_____
The Honorable Dabney L. Friedrich
District Court Judge