ATTORNEY GENERAL, STATE OF ALASKA
Dimond Courthouse
PO Box 110300, JUNEAU, ALASKA 99811
PHONE (907) 465-3600

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA<br>26339 Eklutna Village Road<br>Chugiak, Alaska 99567,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF THE INTERIOR; DAVID<br>BERNHARDT, Secretary of the<br>Interior; TARA SWEENEY,<br>Assistant Secretary – Indian Affairs;<br>JOHN TAHSUDA, Principal Deputy<br>Assistant Secretary – Indian Affairs;<br>JAMES CASON, Associate Deputy<br>Secretary, United States Department<br>of the Interior,<br>1849 C Street N.W.<br>Washington, DC 20240<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:19-cv-02388-DLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on this date true and correct copies of the State of Alaska's **MOTION TO INTERVENE; MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE; PROPOSED ORDER; STATE OF ALASKA'S ANSWER TO COMPLAINT; ENTRY OF APPEARANCE;** and this **CERTIFICATE OF SERVICE** were served via U.S. Mail on the following:

**ATTORNEY GENERAL, STATE OF ALASKA**
Dimond Courthouse
PO Box 110300, JUNEAU, ALASKA 99811
PHONE (907) 465-3600

| | |
|---|---|
| Whitney Angell Leonard | Kristofor R. Swanson |
| SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP | U.S. DEPARTMENT OF JUSTICE |
| 725 East Firewood Lane, Suite 420 | Natural Resources Section |
| Anchorage, AK 99503 | 150 M Street NE, Suite 3.107 |
| 907 258-6377 | Washington, DC 20044 |
| 907 272-8332 (fax) | (202) 305-0248 |
| whitney@sonosky.net | kristofor.swanson@usdoj.gov |

Colin Cloud Hampson
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
145 Willow Street, Suite 200
Bonita, CA 91902-1349
(619) 267-1306
(619) 267-1388 (fax)
champson@sonoskysd.com

DATED:  December 31, 2019

/s/ Nomi R. Saxton
Nomi R. Saxton, Law Office Assistant I