

# Charitable Gaming
# 2018 Annual Report

**Tax Division
Alaska Department of Revenue**

www.tax.alaska.gov

Bruce Tangeman, Commissioner
Greg Samorajski, Deputy Commissioner
Alaska Department of Revenue

Colleen Glover, Director
Tax Division

Anchorage Office

Tax Division, Alaska Department of Revenue
Robert B. Atwood Building
550 W. Seventh Ave., Suite 500
Anchorage, AK  99501-3556
Phone 907-269-6620

Juneau Office

Charitable Gaming
Tax Division, Alaska Department of Revenue
11th Floor, State Office Building
P.O. Box 110420
Juneau, AK  99811-0420
Phone 907-465-2581
Email dor.tax.gaming@alaska.gov

Alaska Department of Revenue – Tax Division
Charitable Gaming 2018 Annual Report

# Table of Contents

Gaming Authority, Purpose and Definitions ................................................................................... 3

Total Number of Gaming Permits and Licenses, and Their Net Proceeds ................................. 4

Permittee Locations and Organization Types ................................................................................. 5

Total Net Proceeds by Organization Type ....................................................................................... 6

Total Net Proceeds by Game Type .................................................................................................... 7

Total 2018 State Revenue Collected .................................................................................................. 8

Note: All data in this report is based on a calendar year, and all data is current to May 1, 2019.

Alaska Department of Revenue – Tax Division
Charitable Gaming 2018 Annual Report

## An Overview and Definitions

| | |
|---|---|
| **Authority** | AS 05.15 The Alaska Gaming Reform Act (Act) and 15 AAC 160 Authorized Games of Skill and Chance. |
| **Purpose** | The Act provides a means for permittees to generate net proceeds for political, educational, civic, public, charitable, patriotic, and religious uses in the state. |
| **Game Types** | Bingo, raffles and lotteries, pull-tab games, authorized classics (for example, ice classics, cabbage classics), fish and moose derbies, Calcutta pools, and contests of skill. |
| **Definitions** | |
| Pull-Tab Manufacturer | A for-profit business licensed to sell pull-tabs to distributors. |
| Pull-Tab Distributor | A for-profit business licensed to distribute pull-tabs to permittees and operators. |
| Operator | A for-profit business licensed to conduct gaming activities on behalf of a permittee. |
| Vendor | A for-profit business that sells pull-tabs on behalf of a permittee, from a location licensed by the Alcohol Beverage Control Board. |
| Multiple-Beneficiary Permittee | Two to six municipalities or qualified organizations that jointly obtain a permit in order to aggregate prize limits. |
| Permittee | A municipality or qualified organization that holds a permit to conduct gaming activities. |
| Qualified Organization | Includes civic or service organizations, religious, charitable, fraternal, veterans, labor, political and education organizations, police and fire departments, associations and derbies, and nonprofit trade associations. |
| Gross Receipts | The amount collected for all chances to win a prize in a gaming activity. |
| Net Proceeds | Amount retained by permittees after prizes, taxes and expenses are deducted from gross receipts. |
| **Revenue Online** | Search for the status of a license or permit, and review reports submitted by permittees at https://online-tax.alaska.gov. |

Alaska Department of Revenue – Tax Division
Charitable Gaming 2018 Annual Report

## Who was issued a permit or license in 2018 and how much money did they raise? How does that compare with 2017?

| | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|
| | Count | Gross Receipts | Federal Excise Tax | Cost of Prizes | Adjusted Gross Income | Total Expenses | Net Proceeds |
| Permittees | 1,091 | $149,305,372 | $127,382 | $110,706,765 | $38,471,225 | $18,657,659 | $19,813,566 |
| Multiple-Beneficiary Permittees | 13 | 80,490,450 | 14,307 | 62,952,071 | 17,524,072 | 12,157,202 | 5,366,870 |
| Vendors | 169 | 36,272,319 | 27,760 | 28,964,541 | 7,280,018 | 3,648,861 | 3,631,157 |
| Operators | 25 | 110,817,662 | 171,496 | 84,575,199 | 26,070,967 | 19,648,835 | 6,422,132 |
| **Total** | | **$376,885,803** | **$340,945** | **$287,198,576** | **$89,346,282** | **$54,112,557** | **$35,233,725** |
| Pull-Tab Manufacturers | 8 | | | | | | |
| Pull-Tab Distributors | 8 | | | | | | |

| | | | | 2017 | | | |
|---|---|---|---|---|---|---|---|
| | Count | Gross Receipts | Federal Excise Tax | Cost of Prizes | Adjusted Gross Income | Total Expenses | Net Proceeds |
| Permittees | 1,107 | $145,821,883 | $161,345 | $107,893,651 | $37,766,887 | $19,167,943 | $18,598,944 |
| Multiple-Beneficiary Permittees | 15 | 77,426,986 | 13,224 | 60,362,816 | 17,050,946 | 12,060,991 | 4,989,955 |
| Vendors | 171 | 38,901,164 | 19,929 | 30,845,730 | 8,035,505 | 3,682,599 | 4,352,906 |
| Operators | 26 | 98,355,520 | 164,746 | 75,542,563 | 22,648,211 | 16,879,754 | 5,768,457 |
| **Total** | | **$360,505,553** | **$359,244** | **$274,644,760** | **$85,501,549** | **$51,791,287** | **$33,710,262** |
| Pull-Tab Manufacturers | 7 | | | | | | |
| Pull-Tab Distributors | 10 | | | | | | |

Note: Pull-tab manufacturers and distributors do not conduct gaming activities.

Alaska Department of Revenue – Tax Division
Charitable Gaming 2018 Annual Report

## Permits – How many are issued, what types of organizations hold them, and where are they based?

| Number of Permits Issued in a Calendar Year | 2018 | 2017 |
|---|---|---|
| Multiple-Beneficiary Permittees | 13 | 15 |
| Permittees | 1,091 | 1,107 |

**Number of Permits by Organization Type in 2018**



| Organization Type | Count |
|---|---|
| Charitable | 306 |
| Educational | 197 |
| Civic or Service | 183 |
| Veterans | 79 |
| Fraternal | 76 |
| Nonprofit Trade Association | 62 |
| IRA[1]/Native Village | 60 |
| Municipality | 51 |
| Religious | 33 |
| Dog Mushers' Association | 17 |
| Police or Fire Department | 16 |
| Labor | 6 |
| Political | 3 |
| Fishing Derby Association | 2 |

[1]The Indian Reorganization Act, also called the Wheeler-Howard Act, was enacted by the U.S. Congress in 1934.

| Where Permit Holders Are Based | 2018 Count | Percent of Total Permit Holders[2] |
|---|---|---|
| Anchorage | 278 | 25% |
| Fairbanks | 141 | 13% |
| Juneau | 65 | 6% |
| Wasilla | 43 | 4% |
| Ketchikan | 37 | 3% |
| Soldotna | 30 | 3% |
| Homer | 28 | 3% |
| Palmer | 27 | 2% |
| Kenai | 24 | 2% |
| Kodiak | 21 | 2% |
| Eagle River | 16 | 1% |
| Chugiak | 15 | 1% |
| North Pole | 13 | 1% |
| Sitka | 13 | 1% |
| Nome | 12 | 1% |
| Bethel | 11 | 1% |
| Haines | 11 | 1% |
| Petersburg | 11 | 1% |
| Valdez | 11 | 1% |
| Other | 284 | 26% |
| **Total** | **1,091** | **100%** |

[2]Percentage totals may not add to 100% due to rounding.

Alaska Department of Revenue – Tax Division
Charitable Gaming 2018 Annual Report

## How much do organizations raise from Charitable Gaming?

| | 2018 | | | | | |
|---|---|---|---|---|---|---|
| Organization Type | Gross Receipts | Federal Excise Tax | Cost of Prizes | Adjusted Gross Income | Total Expenses | Net Proceeds |
| Charitable | $126,210,816 | $123,333 | $95,099,611 | $30,987,872 | $19,231,449 | $11,756,423 |
| Civic or Service | 52,761,153 | 32,935 | 39,797,791 | 12,930,427 | 7,956,859 | 4,973,568 |
| Dog Mushers' Association | 7,307,952 | 4,546 | 5,371,445 | 1,931,961 | 1,208,140 | 723,821 |
| Educational | 45,009,957 | 49,866 | 34,203,792 | 10,756,299 | 6,295,494 | 4,460,805 |
| Fishing Derby Association | 242,884 | 0 | 101,726 | 141,158 | 77,224 | 63,934 |
| Fraternal | 22,113,129 | 15,369 | 17,573,178 | 4,524,582 | 2,521,226 | 2,003,356 |
| Indian Reorganization Act[1]/Native Village | 37,829,445 | 23,196 | 28,875,865 | 8,930,384 | 5,434,772 | 3,495,612 |
| Labor | 878,075 | 1,176 | 577,909 | 298,990 | 182,676 | 116,314 |
| Municipality | 21,821,018 | 36,500 | 16,711,287 | 5,073,231 | 3,078,580 | 1,994,651 |
| Nonprofit Trade Association | 18,368,272 | 20,165 | 14,150,094 | 4,198,013 | 2,417,775 | 1,780,238 |
| Police or Fire Department | 4,192,979 | 6,676 | 3,187,087 | 999,216 | 606,937 | 392,279 |
| Political | 39,310 | 0 | 15,512 | 23,798 | 3,428 | 20,370 |
| Religious | 12,888,980 | 4,298 | 9,699,383 | 3,185,299 | 2,032,146 | 1,153,153 |
| Veterans | 27,221,833 | 22,885 | 21,833,896 | 5,365,052 | 3,065,851 | 2,299,201 |
| **Total** | **$376,885,803** | **$340,945** | **$287,198,576** | **$89,346,282** | **$54,112,557** | **$35,233,725** |

[1]The Indian Reorganization Act, also called the Wheeler-Howard Act, was enacted by the U.S. Congress in 1934.

Alaska Department of Revenue – Tax Division
Charitable Gaming 2018 Annual Report

## How much is raised by each game type?

| Game Type | 2018 Net Proceeds | Percent of Total[1] |
|---|---|---|
| Pull-Tabs | $19,543,731 | 55% |
| Raffle or Lottery | 7,556,092 | 21% |
| Bingo | 3,889,648 | 11% |
| Vendor Pull-Tabs | 3,631,157 | 10% |
| Other Category | 613,097 | 2% |
| **Total** | **$35,233,725** | **100%** |

| Other Category | 2018 Net Proceeds |
|---|---|
| Special Draw Raffle | $204,260 |
| Fish Derby | 153,239 |
| Ice Classic | 102,760 |
| Animal Classic (Rat) | 71,351 |
| Contest of Skill | 50,794 |
| Calcutta Pool | 18,831 |
| Snow Classic | 5,744 |
| Dog Mushers' Contest | 2,750 |
| Big Bull Moose Derby | 2,403 |
| Race Classic | 965 |
| **Total Other Category** | **$613,097** |



Net Proceeds by Game Type in 2018[1]

- Pull-Tabs: $19.5 million, 55%
- Raffle or Lottery: $7.6 million, 21%
- Bingo: $3.9 million, 11%
- Vendor Pull-Tabs: $3.6 million, 10%
- Other Category: $613,097, 2%

[1]Percentage totals may not add to 100% due to rounding.

**Exhibit C, Page 7 of 8**

7

Alaska Department of Revenue – Tax Division
Charitable Gaming 2018 Annual Report

## How much does the State of Alaska collect from the Charitable Gaming Program?

| Taxes and Fees Collected in a Calendar Year | 2018 | 2017 | 2016 |
| --- | --- | --- | --- |
| Pull-Tab Tax | $2,094,167 | $1,915,426 | $1,788,002 |
| Net Proceeds Fee | 330,476 | 367,017 | 444,104 |
| License and Permit Fees | 125,908 | 117,953 | 124,285 |
| **Total Receipts** | **$2,550,551** | **$2,400,396** | **$2,356,391** |



2018 Revenue

- License and Permit Fees $125,908 — 5%
- Net Proceeds Fee $330,476 — 13%
- Pull-Tab Tax $2.1 million — 82%
- Total Revenue $2.6 million