LAW OFFICES
## SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-2029
(907) 258-6377
FACSIMILE (907) 272-8332
WEBSITE: WWW.SONOSKY.NET

MARVIN J. SONOSKY (1909-1997)
HARRY R. SACHSE
REID PEYTON CHAMBERS
WILLIAM R. PERRY
LLOYD BENTON MILLER°
DOUGLAS B.L. ENDRESON
DONALD J. SIMON
MYRA M. MUNSON°
ANNE D. NOTO
MARY J. PAVEL
DAVID C. MIELKE
JAMES E. GLAZE°
GARY F. BROWNELL
COLIN C. HAMPSON
DOUGLAS W. WOLF
RICHARD D. MONKMAN°

MARISSA K. FLANNERY°
MELANIE BACA OSBORNE°
WILLIAM F. STEPHENS
ADDIE C. ROLNICK
JENNIFER J. THOMAS
KATHERINE E. MORGAN
CAROLE A. HOLLEY°

OF COUNSEL
ARTHUR LAZARUS, JR.
ROGER W. DUBROCK°
KAY E. MAASSEN GOUWENS°
MATTHEW S. JAFFE
AARON M. SCHUTT°

° ALASKA BAR

June 25, 2007
Via Certified Mail, Return Receipt
& Facsimile

Philip N. Hogen, Chairman
National Indian Gaming Commission
1441 L Street, N.W., Suite 1900
Washington, D.C. 20005

       Re: Native Village of Eklutna

Dear Chairman Hogen:

 On behalf of the Native Village of Eklutna Tribal Council, we respectfully withdraw the Tribe's Amended and Restated Gaming Ordinance and the Indian land determination that was submitted for your approval on April 2, 2007. The Tribe will be resubmitting a substitute ordinance shortly.

 If you require further information of any kind, please do not hesitate to contact Marissa Flannery at (907) 258-6377.

            Respectfully submitted,

            SONOSKY, CHAMBERS, SACHSE,
            ENDRESON & PERRY, LLP

            By: Colin Cloud Hampson
               Marissa K. Flannery

cc: Penny J. Coleman, General Counsel NIGC
   Carrie N. Lyons, Staff Attorney NIGC

**Exhibit G, Page 1 of 1**

WASHINGTON, DC   ANCHORAGE   JUNEAU   SAN DIEGO   ALBUQUERQUE