UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR; DAVID BERNHARDT, )<br>Secretary of Interior; TARA SWEENEY, )<br>Assistant Secretary – Indian Affairs; JOHN )<br>TAHSUDA, Principal Deputy Assistant )<br>Secretary – Indian Affairs; and JAMES )<br>CASON, Associate Deputy Secretary, )<br>United States Department of the Interior, )<br>)<br>Defendants. )<br>) | Case No. 1:19-cv-02388-DLF |

**PLAINTIFF'S RESPONSE (NON-OPPOSITION) TO STATE OF ALASKA'S MOTION TO INTERVENE**

Plaintiff Native Village of Eklutna disagrees with many of the legal and factual statements in the State of Alaska's motion to intervene. However, to the extent they are relevant, these issues will be addressed at the merits stage and need not be resolved here. Those concerns aside, Eklutna does not oppose the State's motion.

Respectfully submitted this 13th day of January 2020.

SONOSKY, CHAMBERS, SACHSE
ENDRESON & PERRY, LLP

By: */s/ Colin Cloud Hampson*
Colin Cloud Hampson, D.C. Bar No. 448481
145 Willow Road, Suite 200
Bonita, CA 91902
Telephone: (619) 267-1306
Facsimile: (619) 267-1388
champson@sonoskysd.com

1

Whitney A. Leonard
Alaska Bar No. 1711064
Montana Bar No. 36409732
*Pro hac vice*
Sonosky, Chambers, Sachse, Miller &
   Monkman, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503
Telephone:  (907) 258-7388
Facsimile:  (907) 272-8332
whitney@sonosky.net

*Attorneys for the Native Village of Eklutna*