# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Native Village of Eklutna**, | |
| Plaintiff, | Case No. 1:19-cv-02388-DLF |
| v. | |
| **U.S. Department of the Interior**, et. al, | **Certification of Administrative Record** |
| Defendants, | |
| and | |
| **State of Alaska**, | |
| Defendant-Intervenor | |

Federal Defendants hereby notice the certification of the administrative record in this Administrative Procedure Act case. The record has been certified by John Tahsuda III, whose declaration is attached along with an index of the administrative record's contents.

Date: February 14, 2020

1

>PRERAK SHAH
>Acting Deputy Assistant Attorney General
>
>*Kristofor R. Swanson*
>KRISTOFOR R. SWANSON
>Natural Resources Section
>Envt. & Natural Resources Div.
>U.S. Department of Justice
>P.O. Box 7611
>Washington, DC 20044-7611
>Tel: (202) 305-0248
>Fax: (202) 305-0506
>kristofor.swanson@usdoj.gov
>
>*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 13, 2020, I caused to be sent via overnight delivery one DVD containing the Department of the Interior's administrative record to each of the following:

Colin Cloud Hampson
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
145 Willow Road, Suite 200
Bonita, CA 91902

Whitney A. Leonard
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503

Lael A. Harrison
Alaska Department of Law
123 4th Street
Juneau, AK 99801

>*Kristofor R. Swanson*
>Kristofor R. Swanson