IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Native Village of Eklutna,**<br><br>        Plaintiff;<br><br>v.<br><br>**U.S. Department of the Interior, et al.,**<br><br>        Defendants. | Case No. 1:19-cv-02388-DLF<br><br>**CERTIFICATION OF THE ADMINSTRATIVE RECORD** |

## DECLARATION OF JOHN TAHSUDA, III

I, John Tahsuda, III, state and declare the following:

1.  I was the Principal Deputy Assistant Secretary for Indian Affairs (PDAS) at the United States Department of the Interior (Department). I was appointed by Secretary of the Interior Ryan Zinke, effective September 3, 2017.

2.  On June 18, 2018, I issued a determination (Determination) that a parcel of individually allotted land (Ondola Allotment) in Alaska was not "Indian lands" within the meaning of the Indian Gaming Regulatory Act (IGRA). I also disapproved a proposed lease associated with the Ondola Allotment in the same Determination. My Determination is challenged in this case.

3. I certify that to the best of my knowledge, the documents described in the attached Index constitute a true, correct and complete copy of the administrative record for my June 18, 2018 determination. I declare under penalty of perjury that the foregoing is true and correct. Executed this *13rd* day of February 2020.

                                                                     John Tahsuda, III