# Native Village of Eklutna v. Interior
## Case No. 1:19-cv-2388-DLF
### Administrative Record

| Bates Beg | Bates End | Date | Document Type | Document Description | Basis for Redaction |
|---|---|---|---|---|---|
| AR000001 | AR000002 | 8/10/2017 0:00 | Memo; | Memo from Stephan to Cason | |
| AR000003 | AR000011 | 8/10/2017 0:00 | Presentation; | Presentation from Lee Stephan | |
| AR000012 | AR000027 | 10/19/2017 0:00 | Letter; | Legal status of tribal governments in Alaska | |
| AR000028 | AR000029 | 11/6/2017 0:00 | Letter; | Indian Lands Opinion Request Supplement | |
| AR000030 | AR000031 | 11/21/2017 0:00 | Letter; | Letter from Young to Cason | |
| AR000032 | AR000040 | 12/4/2017 0:00 | Letter; | Statement of Peter Ezi | |
| AR000041 | AR000042 | 12/4/2017 0:00 | Letter; | Supplemental information in support of Native Village ofEklutna Indian lands determination request | |
| AR000043 | AR000044 | 12/4/2017 0:00 | Affidavit; | Affidavit of Aaron Leggett | |
| AR000045 | AR000061 | 6/18/2018 0:00 | Letter; | Indian Lands Opinion | |
| AR000062 | AR000085 | 4/2/2007 0:00 | Letter; | Native Village ofEklutna Request for Indian Lands Determination Regarding Ondola Allotment and Approval of Gaming Ordinance | |
| AR000086 | AR000088 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 1 | |
| AR000089 | AR000108 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 2 | |
| AR000109 | AR000111 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 3 | |
| AR000112 | AR000117 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 4 | |
| AR000118 | AR000143 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 5 | |
| AR000144 | AR000148 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 6 | |
| AR000149 | AR000211 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 7 | |
| AR000212 | AR000229 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 8 | |
| AR000230 | AR000251 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 9 | |
| AR000252 | AR000261 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 10 | |
| AR000262 | AR000273 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 11 | |
| AR000274 | AR000276 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 12 | |
| AR000277 | AR000278 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 13 | |
| AR000279 | AR000303 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 14 | |
| AR000304 | AR000308 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 15 | |
| AR000309 | AR000311 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 16 | |
| AR000312 | AR000321 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 17 | |
| AR000322 | AR000333 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 18 | |
| AR000334 | AR000370 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 19 | |
| AR000371 | AR000375 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 20 | |
| AR000376 | AR000380 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 21 | |
| AR000381 | AR000385 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 22 | |
| AR000386 | AR000388 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 23 | |
| AR000389 | AR000426 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 24 | |
| AR000427 | AR000451 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 25 | |
| AR000452 | AR000458 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 26 | |
| AR000459 | AR000465 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 27 | |
| AR000466 | AR000478 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 28 | |
| AR000479 | AR000504 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 29 | |
| AR000505 | AR000526 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 30 | |
| AR000527 | AR000531 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 31 | |
| AR000532 | AR000541 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 32 | |
| AR000542 | AR000545 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 33 | |
| AR000546 | AR000549 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 34 | |
| AR000550 | AR000554 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 35 | |
| AR000555 | AR000558 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 36 | |
| AR000559 | AR000570 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 37 | |
| AR000571 | AR000579 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 38 | |
| AR000580 | AR000582 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 39 | |
| AR000583 | AR000585 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 40 | |
| AR000586 | AR000589 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 41 | |

# Native Village of Eklutna v. Interior
## Case No. 1:19-cv-2388-DLF
## Administrative Record

| Bates Beg | Bates End | Date | Document Type | Document Description | Basis for Redaction |
|---|---|---|---|---|---|
| AR000590 | AR000593 | 4/2/2007 0:00 | Letter Exhibit; | Exhibit 42 | |
| AR000594 | AR000624 | 5/17/2007 0:00 | Letter; | Native Village of Eklutna's Request for Indian Lands Determination Regarding Ondola Allotment and Approval of Gaming Ordinance | |
| AR000625 | AR000627 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit A | |
| AR000628 | AR000642 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit B | |
| AR000643 | AR000646 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit C | |
| AR000647 | AR000671 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit D | |
| AR000672 | AR000673 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit E | |
| AR000674 | AR000679 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit F | |
| AR000680 | AR000685 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit G | |
| AR000686 | AR000687 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit H | |
| AR000688 | AR000690 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit I | |
| AR000691 | AR000693 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit J | |
| AR000694 | AR000697 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit K | |
| AR000698 | AR000700 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit L | |
| AR000701 | AR000702 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit M | |
| AR000703 | AR000704 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit N | |
| AR000705 | AR000706 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit O | |
| AR000707 | AR000708 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit P | |
| AR000709 | AR000710 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit Q | |
| AR000711 | AR000714 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit R | |
| AR000715 | AR000719 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit S | |
| AR000720 | AR000722 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit T | |
| AR000723 | AR000728 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit U | |
| AR000729 | AR000741 | 5/17/2007 0:00 | Letter Exhibit; | Exhibit W | |
| AR000742 | AR000773 | 4/14/2016 0:00 | Lease; | Business Lease Between the Ondola Family and the Native Village of Eklutna | Redacted Personally Identifiable Information; |
| AR000774 | AR000777 | 6/29/2016 0:00 | Letter; | Native Village of Eklutna Request for Indian Lands Determination Regarding Ondola Allotment | |
| AR000778 | AR000807 | 7/13/2016 0:00 | Letter; | Exhibits in support of Request for Indian Lands Determination | |
| AR000808 | AR000867 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 1 | |
| AR000868 | AR000872 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 2 | |
| AR000873 | AR000901 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 3 | |
| AR000902 | AR000919 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 4 | |
| AR000920 | AR000941 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 5 | |
| AR000942 | AR000951 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 6 | |
| AR000952 | AR000963 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 7 | |
| AR000964 | AR000966 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 8 | |
| AR000967 | AR000968 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 9 | |
| AR000969 | AR000971 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 10 | |
| AR000972 | AR000976 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 11 | |
| AR000977 | AR000979 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 12 | |
| AR000980 | AR000985 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 13 | |
| AR000986 | AR001018 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 14 | |
| AR001019 | AR001021 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 15 | |
| AR001022 | AR001031 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 16 | |
| AR001032 | AR001043 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 17 | |
| AR001044 | AR001067 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 18 | |
| AR001068 | AR001072 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 19 | |
| AR001073 | AR001077 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 20 | |
| AR001078 | AR001082 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 21 | |
| AR001083 | AR001085 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 22 | |

# Native Village of Eklutna v. Interior
## Case No. 1:19-cv-2388-DLF
## Administrative Record

| Bates Beg | Bates End | Date | Document Type | Document Description | Basis for Redaction |
|---|---|---|---|---|---|
| AR001086 | AR001103 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 23 | |
| AR001104 | AR001129 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 24 | |
| AR001130 | AR001132 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 25 | |
| AR001133 | AR001154 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 27 | |
| AR001155 | AR001174 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 28 | |
| AR001175 | AR001179 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 29 | |
| AR001180 | AR001189 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 30 | |
| AR001190 | AR001193 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 31 | |
| AR001194 | AR001200 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 32 | |
| AR001201 | AR001205 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 33 | |
| AR001206 | AR001217 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 34 | |
| AR001218 | AR001226 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 35 | |
| AR001227 | AR001232 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 36 | |
| AR001233 | AR001238 | 7/13/2016 0:00 | Letter Exhibit; | Exhibit 37 | |
| AR001239 | AR001243 | 11/21/2016 0:00 | Letter; | Request for Withdrawal of the Sansonetti Opinion | |
| AR001244 | AR001255 | 12/16/2016 0:00 | Letter; | Native Village of Eklutna Supplement on its Request for Indian Lands Determination Regarding the Ondola Allotment | |
| AR001256 | AR001257 | 8/10/2017 0:00 | Letter; | Briefing Memo Re: Meeting with Native Village of Eklutna | |
| AR001258 | AR001262 | 8/4/2016 0:00 | Letter; | Lease Review | |
| AR001263 | AR001275 | 8/31/2016 0:00 | Letter; | Expanded Lease Review | |
| AR001276 | AR001306 | 7/5/2016 0:00 | Email w/ Attachment; | NVE Indian lands determination request to Interior | |
| AR001307 | AR001339 | 7/7/2016 0:00 | Email w/ Attachment; | Email re Ondola signed lease | Redacted Personally Identifiable Information; |
| AR001340 | AR001357 | 7/7/2016 0:00 | Email w/ Attachment; | Authorization for release of records | Redacted Personally Identifiable Information; |
| AR001358 | AR001358 | 7/7/2016 0:00 | Email; | Email from Hampson to Loudermilk | |
| AR001359 | AR001360 | 7/27/2016 0:00 | Email; | Email from Hampson to Loudermilk | |
| AR001361 | AR001362 | 7/28/2016 0:00 | Email; | Email from Ray-Hodge to Loudermilk | |
| AR001363 | AR001365 | 7/28/2016 0:00 | Email; | Email from Loudermilk to Hampson | |
| AR001366 | AR001368 | 7/28/2016 0:00 | Email; | Email from McClintock to Loudermilk | |
| AR001369 | AR001398 | 8/1/2016 0:00 | Email w/ Attachments; | NVE Requests submitted to NIGC for approval of Management Agreement with Marnell and declination re Development Agreement and Loan Agreement | |
| AR001399 | AR001404 | 8/4/2016 0:00 | Email w/ Attachment; | Email with lease review of Ondola Allotment | |
| AR001405 | AR001435 | 8/9/2016 0:00 | Email w/ Attachments; | Native Village of Eklutna Request for Indian Lands Determination Regarding Ondola Allotment | |
| AR001436 | AR001655 | 8/9/2016 0:00 | Email w/ Attachments; | Native Village of Eklutna Request for Indian Lands Determination Regarding Ondola Allotment - Attachments 1-15 | |
| AR001656 | AR001898 | 8/9/2016 0:00 | Email w/ Attachments; | Native Village of Eklutna Request for Indian Lands Determination Regarding Ondola Allotment - Attachments 16-37 | |
| AR001899 | AR001912 | 8/18/2016 0:00 | Email w/ Attachment; | Title Commitment from Fidelity with the legal description for the property | |
| AR001913 | AR001913 | 8/19/2016 0:00 | Email; | Email Hampson to Loudermilk | |
| AR001914 | AR001915 | 8/29/2016 0:00 | Email; | Follow up questions related to Ondola Lease | Notes by attorney to answer question from client on legal significance of follow-up questions on lease.; |
| AR001916 | AR001942 | 9/2/2016 0:00 | Email w/ Attachment; | Draft gaming ordinance | |
| AR001943 | AR001944 | 9/15/2016 0:00 | Email; | Meeting agenda items | |

# Native Village of Eklutna v. Interior
## Case No. 1:19-cv-2388-DLF
## Administrative Record

| Bates Beg | Bates End | Date | Document Type | Document Description | Basis for Redaction |
|---|---|---|---|---|---|
| AR001945 | AR001996 | 9/22/2016 0:00 | Email w/ Attachments; | Lease and Lease Review Letters | Redacted Personally Identifiable Information; |
| AR001997 | AR001998 | 10/3/2016 0:00 | Email; | Follow-up questions relating to the NVE-Ondola Lease | |
| AR001999 | AR002004 | 11/21/2016 0:00 | Email w/ Attachment; | Request for Withdrawal of the Sansonetti Opinion | |
| AR002005 | AR002017 | 12/16/2016 0:00 | Email w/ Attachment; | Supplement in support of Native Village of Eklutna Indian lands determination request | |
| AR002018 | AR002031 | 12/16/2016 0:00 | Email w/ Attachment; | FW: Supplement in support of Native Village of Eklutna Indian lands determination request | |
| AR002032 | AR002034 | 12/20/2016 0:00 | Email w/ Attachment; | Meeting to Discuss Native Village of Eklutna Request for Indian Lands Determination Regarding the Ondola Allotment | |
| AR002035 | AR002036 | 1/6/2017 0:00 | Email; | RE: Supplement in support of Native Village of Eklutna Indian lands determination request | |
| AR002037 | AR002038 | 1/6/2017 0:00 | Email; | RE: Meeting to Discuss Native Village of Eklutna Request for Indian Lands Determination Regarding the Ondola Allotment | |
| AR002039 | AR002043 | 6/7/2017 0:00 | Email; | Supplemental background information about the Ondola Allotment and additional legal analysis of the Alaska Native Allotment Act. | |
| AR002044 | AR002045 | 6/7/2017 0:00 | Email Attachment; | Attachment 1 Second Supplemental Submission | |
| AR002046 | AR002048 | 6/7/2017 0:00 | Email Attachment; | Olga Ondola Allotment Application | |
| AR002049 | AR002050 | 6/20/2017 0:00 | Email; | James Cason Meeting Request | |
| AR002051 | AR002061 | 6/22/2017 0:00 | Email w/ Attachments; | Second supplemental submission with attachments | |
| AR002062 | AR002064 | 8/10/2017 0:00 | Email w/ Attachments; | NVE Briefing for Associate Deputy Secretary James Cason | |
| AR002065 | AR002067 | 8/11/2017 0:00 | Email w/ Attachments; | Cason Meeting Briefing Paper | |
| AR002068 | AR002070 | 8/11/2017 0:00 | Email w/ Attachment; | FW: NVE Briefing for Associate Deputy Secretary James Cason | |
| AR002071 | AR002091 | 11/6/2017 0:00 | Email w/ Attachments; | Eklutna Letter to James Cason | |
| AR002092 | AR002094 | 11/28/2017 0:00 | Email w/ Attachment; | FW: Congressman Young Letter to Mr. Cason | |
| AR002095 | AR002099 | 12/4/2017 0:00 | Email w/ Attachments; | Determination Request - letter from Lloyd Miller and Colin Hampson and the Affidavit of Aaron Leggett | |
| AR002100 | AR002110 | 12/4/2017 0:00 | Email w/ Attachments; | Statement of Peter Ezi | |
| AR002111 | AR002111 | 12/13/2017 0:00 | Email; | Eklutna Follow-up Questions | |
| AR002112 | AR002113 | 12/13/2017 0:00 | Email; | Re: Eklutna Follow-up Questions | |
| AR002114 | AR002121 | 12/20/2017 0:00 | Email w/ Attachments; | RE: Eklutna Follow-up Questions | |
| AR002122 | AR002139 | 6/18/2018 0:00 | Email w/ Attachment; | Native Village of Eklutna Determination - Final Decision | |
| AR002140 | AR002275 | 1/11/1993 0:00 | Memorandum; | Governmental Jurisdiction of Alaska Native Villages Over Land and Nonmembers | |