IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Native Village of Eklutna**, <br><br>    Plaintiff, <br><br>  v. <br><br> **U.S. Department of the Interior**, et. al, <br><br>    Defendants, <br>  and <br><br> **State of Alaska**, <br><br>    Defendant-Intervenor | Case No. 1:19-cv-02388-DLF <br><br><br> **Certification of Supplement to the Administrative Record** |

Federal Defendants hereby notice the certification of a supplement to the administrative record in this Administrative Procedure Act case. The record has been certified by John Tahsuda III (ECF No. 28-1), whose further declaration as to this supplement is attached along with an index of the supplement's contents.

Date: May 28, 2020

1

                    PRERAK SHAH
                    Deputy Assistant Attorney General

                    *Kristofor R. Swanson*
                    KRISTOFOR R. SWANSON
                    Natural Resources Section
                    Envt. & Natural Resources Div.
                    U.S. Department of Justice
                    P.O. Box 7611
                    Washington, DC 20044-7611
                    Tel: (202) 305-0248
                    Fax: (202) 305-0506
                    kristofor.swanson@usdoj.gov

                    *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

      I certify that on May 28, 2020, I sent the documents constituting the supplement to the administrative record via email to each of the following:

Colin Cloud Hampson
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
champson@sonoskysd.com

Whitney A. Leonard
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
whitney@sonosky.net

Lael A. Harrison
Alaska Department of Law
lael.harrison@alaska.gov

Laura E. Wolff
Alaska Department of Law
laura.wolff@alaska.gov

                                         *Kristofor R. Swanson*
                                         Kristofor R. Swanson