# Native Village of Eklutna v. Interior
## Case No. 1:19-cv-2388-DLF
## Administrative Record Supplement

| Bates Beg | Bates End | Date | Doc Type | Documet Description | Author | Redactions |
|---|---|---|---|---|---|---|
| AR002276 | AR002278 | 10/30/1926 | Order | Secretarial Order of Oct. 30, 1936 | W.C. Mendenhall | |
| AR002279 | AR002281 | 7/12/1937 | Letter | Letter, Assistant Commissioner, Office of Indian Affairs, to Secretary of Interior | William Zimmerman, Jr. | |
| AR002282 | AR002282 | 7/24/1937 | Memo | BIA Director of Lands to BIA Assistance Commissioner | J.M. Stewart | |
| AR002283 | AR002293 | 8/9/1937 | Memo | Commissioner, GLO, to Secretary of Interior | Commissioner | |
| AR002294 | AR002294 | 8/4/1942 | Order | Public Land Order No. 20 | Harold Ickes | |
| AR002295 | AR002297 | 12/18/1942 | Order | Secretarial Order of Dec. 18, 1942 | Chapman | |
| AR002298 | AR002298 | 3/12/1943 | Order | Public Land Order No. 95 | Fortes | |
| AR002299 | AR002299 | 9/26/1951 | Order | Public Land Order No. 755 | Chapman | |
| AR002300 | AR002431 | 1/27/1954 | Notes | Filed Notes of the Dependent Resurvey | Hobart Hyatt | |
| AR002432 | AR002433 | 1/26/1955 | Memo | Memorandum re Establishment of an Indian Reservation at Eklutna, Alaska | | |
| AR002434 | AR002434 | 2/10/1961 | Order | Public Land Order No. 2259 | John Carver | |
| AR002435 | AR002437 | 7/14/1961 | Decision | BLM, ROW Nos. 050466 | Alfred Steger | |
| AR002438 | AR002445 | 7/24/1963 | Report | Report of Projects Development Officer Ledo A. Kozely | Ledo Kozely | |
| AR002446 | AR002447 | 5/7/1971 | Memo | Memorandum re Eklutna Reservation Establishment | | |
| AR002448 | AR002448 | 5/24/1971 | Memo | Memorandum re Eklutna Reservation | Ernest Stevens | |

# Native Village of Eklutna v. Interior
## Case No. 1:19-cv-2388-DLF
## Administrative Record Supplement

| Bates Beg | Bates End | Date | Doc Type | Documet Description | Author | Redactions |
|---|---|---|---|---|---|---|
| AR002449 | AR002453 | 11/23/2004 | Patent | Federal Railroad Administration, Patent No. 50-2205-0046 | | |
| AR002454 | AR002465 | 1/7/2010 | Memo | Indian Lands - Iowa Tribe of Oklahoma; Whitecloud Allotment | Nelson | |
| AR002466 | AR002472 | 9/6/2006 | Memo | Gaming By the Big Sandy Rancheria on the McCabe Allotment | Hay | |
| AR002473 | AR002479 | 11/12/2004 | Memo | Puyallup - Status of Tribal Property for Gaming Purposes | Coleman | |
| AR002480 | AR002496 | 5/24/2012 | Memo | Kialegee - Broken Arrow Gaming Site | Roberts | |
| AR002497 | AR002499 | 3/16/1992 | Manual | DOI Departmental Manual - 209 DM 3 | | |
| AR002500 | AR002506 | 2/1/1996 | Memo | Native Village of Barrow | Foley | |
| AR002507 | AR002512 | 9/25/1996 | Memo | Sampson Johns Allotment as "Indian land" under IGRA | Anderson | |
| AR002513 | AR002518 | 9/29/2000 | Memo | UKB Indian Lands Opinion | Washburn | |
| AR002519 | AR002536 | 10/31/2002 | Memo | Maria Christiana Indian Lands Opinion | Myers | |
| AR002537 | AR002545 | 8/15/2017 | Notes | DOI & Eklutna Meeting (with transcription) | Matthew Kelly | non-record material related to other matters; deliberative attorney impressions |
| AR002546 | AR002549 | 12/11/2017 | Notes | DOI & Eklutna Call (with transcription) | Matthew Kelly | non-record material related to other matters |

# Native Village of Eklutna v. Interior
## Case No. 1:19-cv-2388-DLF
## Administrative Record Supplement

| Bates Beg | Bates End | Date | Doc Type | Documet Description | Author | Redactions |
|---|---|---|---|---|---|---|
| AR002550 | AR002552 | 4/3/2018 | Notes | DOI & Eklutna Call (with transcription) | Matthew Kelly | non-record material related to other matters |
| AR002553 | AR002555 | 4/4/2018 | Notes | DOI & Alaska Meeting (with transcription) | Matthew Kelly | non-record material related to other matters |