UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants,<br><br>and<br><br>STATE OF ALASKA,<br><br>    Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:19-cv-02388-DLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ANTHONY A. MARNELL III IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE EXTRA-RECORD DISCOVERY AND COMPEL PRODUCTION**

I, Anthony A. Marnell III, declare pursuant to 28 U.S.C. § 1746 that:

1. I am over the age of 21 years and am competent to testify about the matters stated herein. I know the facts stated in this declaration on my personal knowledge, and they are true to the best of my knowledge, information, and belief.

2. I currently serve as Chairman/CEO of Marnell Companies, Chairman/CEO of Marnell Gaming, Manager of Marnell AK LLC.

3. In my role as Manager of Marnell AK, LLC., I have been involved with the economic development project proposed by the Native Village of Eklutna ("the Tribe") since April 14, 2016.

4. During the time when the Department of the Interior ("Department") was considering the Tribe's request for an Indian lands determination, I attended multiple meetings between tribal representatives and Department employees to discuss the Tribe's request.

5. In the summer of 2017, a consultant informed me that he had spoken with Defendant Cason about the Tribe's Indian lands determination request. The consultant informed me that Defendant Cason said the Tribe's request was legally straightforward.

6. On or about August 15, 2017, I participated in a meeting in Washington, DC, between tribal representatives and Associate Deputy Secretary James Cason and staff from the Solicitor's Office. My recollection is that during this meeting Mr. Cason indicated he would need to know the views of the Alaska congressional delegation, meaning Senator Lisa Murkowski, Senator Dan Sullivan, and Representative Don Young, and their support would be needed in order for the Department to make a positive Indian lands determination. At this meeting, I recall that Mr. Cason also pledged to issue a decision on the Tribe's request by the end of calendar year 2017.

7. On or about November 28, 2017, I participated in meeting with Senator Sullivan at the Hart Building in Washington, D.C. After our meeting with the Senator, one of the Senator's staff met with our group to discuss the Tribe's Indian lands determination request in more detail. After the Tribe's representatives described the request and the proposed project, the staff member made it very clear that this could be a concern for the Senator as well as the rest of the Alaska Delegation, owing to concerns about tribal jurisdiction over allotments that might impact other Alaska issues. I understood this to be a reference to jurisdictional issues regarding pipeline routes across Alaska.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2020.

_____
Anthony A. Marnell III