UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF ALASKA, <br><br> Defendant-Intervenor. | Case No. 1:19-cv-02388-DLF |

**[PROPOSED] ORDER**

Having considered Plaintiff Native Village of Eklutna's Motion for Leave to Take Extra-Record Discovery and to Compel Production of Documents Not Included in Administrative Record as Produced, and any responses thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

It is further ORDERED as follows:

(1) Plaintiff Native Village of Eklutna is granted leave to take the depositions of United States Department of the Interior Defendants James Cason and John Tahsuda III, and Senior Advisor Stephen Wackowski, at mutually agreed upon times, dates, and locations;

(2) Plaintiff Native Village of Eklutna is granted leave to serve interrogatories and written deposition questions on the above-named deponents, and the above-named deponents are directed to respond to such inquiries;

(3) The United States Department of the Interior is directed to produce to Plaintiff Native Village of Eklutna all non-privileged documents relating to the Department's decision that were erroneously withheld from the administrative record, and all documents that were withheld solely on the basis of the deliberative process privilege;

(4) The United States Department of the Interior is directed to produce to Plaintiff Native Village of Eklutna a privilege log identifying all documents withheld on the basis of any privilege other than the deliberative process privilege, including the date of the document, and identifying the basis of the privilege asserted for each; and

(5) The parties are directed to meet and confer regarding a schedule for the discovery described herein.  The parties shall submit a proposed schedule to the Court no later than 14 days after entry of this order.

SO ORDERED.

Dated: _____    _____
                                                                      DABNEY L. FRIEDRICH
                                                                      United States District Judge

Attorneys to be notified:

champson@sonoskysd.com
whitney@sonosky.net
kristofor.swanson@usdoj.gov
lael.harrison@alaska.gov
laura.wolff@alaska.gov