**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) Case No. 1:19-cv-02388 DLF |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF ALASKA, | ) |
| | ) |
| Intervenor-Defendant. | ) |

**DECLARATION OF DONALD CRAIG MITCHELL IN SUPPORT OF
ALASKA CHARITABLE GAMING ALLIANCE MOTION TO INTERVENE**

I, Donald Craig Mitchell, declare:

1. I am over eighteen years of age and I have personal knowledge of the facts set out herein.

2. I am the counsel for the Alaska Charitable Gaming Alliance (ACGA) in this action.

3. ACGA Exhibit F is a copy of my Curriculum Vitae. The statements of fact contained therein are, to the best of my knowledge and recollection, factually accurate.

4. In 2001 I filed a Freedom of Information Act (FOIA) request with the Bureau of Indian Affairs (BIA) in Washington, D.C., in which I requested a copy of all documents in the possession of the BIA and all other bureaus and agencies of the

1

U.S. Department of the Interior regarding, or that in any way related to, the decision by Assistant Secretary of the Interior for Indian Affairs Ada Deer to publish on October 21, 1993 in the *Federal Register* a list of "Native Entities Within the State of Alaska Recognized and Eligible to Receive Services From the United States Bureau of Indian Affairs." The BIA assigned responsibility for responding to my FOIA request to Scott Keep, an assistant solicitor in the Division of Indian Affairs, Office of the Solicitor. On February 14, 2002 in the lobby of the main Department of the Interior building in Washington, D.C., Mr. Keep gave me a cardboard box that contained all documents, not otherwise privileged, that he said were responsive to my FOIA request. ACGA Exhibits G, H, and I are true and correct copies of documents that Mr. Keep gave to me.

5. ACGA Exhibit J is a true and correct copy of a news article that was published in the *Anchorage Daily News* on October 16, 1998 on the morning of the appearance that afternoon at the annual convention of the Alaska Federation of Natives of Alaska Governor Tony Knowles and the other candidates who were competing in the 1998 Alaska gubernatorial election that was held on November 3, 1998.

**DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2020.

/s/ Donald Craig Mitchell
_____

Donald Craig Mitchell