# ACGA EXHIBIT F

<u>CURRICULUM VITAE</u>

DONALD CRAIG MITCHELL
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
dcraigm@aol.com

<u>EDUCATION</u>

Hastings College of the Law
University of California
J.D. 1972

<u>PROFESSIONAL MEMBERSHIPS</u>

California Bar Association
Alaska Bar Association
District of Columbia Bar Association

<u>PROFESSIONAL EXPERIENCE</u>

| | |
|---|---|
| 1974-77 | Alaska Legal Services Corporation<br>Anchorage, Alaska |
| 1978-80 | Alaska Federation of Natives<br>Washington, D.C., Counsel |
| 1981-83 | Alaska Federation of Natives<br>Vice President and General Counsel<br>Anchorage, Alaska |
| 1984-Present | Private Practice<br>Anchorage, Alaska |

<u>BOOKS AND PUBLICATIONS</u>

(with David Rubenson) <u>Native American Affairs and the Department of Defense</u>. 1996. RAND.

<u>Sold American: The Story of Alaska Natives and Their Land, 1867-1959</u>. 1997. University Press of New England. (2d ed. 2003. University of Alaska Press.)

"Alaska v. Native Village of Venetie: Statutory Construction or Judicial Usurpation? Why History Counts," 14 <u>Alaska Law Review</u>. 1997.

<u>Take My Land Take My Life: The Story of Congress's Historic Settlement of Alaska Native Land Claims. 1960-1971</u>. 2001. University of Alaska Press.

<u>Wampum: How Indian Tribes, the Mafia, and an Inattentive
    Congress Invented Indian Gaming and Created a $28 Billion
    Gambling Empire</u>. 2016. The Overlook Press.

<u>PROFESSIONAL EXPERIENCE</u>

<u>1974-1977</u>

Mitchell moved to Alaska in 1974 to work as a VISTA attorney
for the Alaska Legal Services Corporation (ALSC) at its field
office in Bethel, the most populous of the fifty-six Native
villages on the Yukon-Kuskokwim River Delta in western Alaska.
For the next three years he provided legal services to a
predominately Yup'ik Eskimo client population. During those years
he litigated a number of law reform cases, including <u>Deacon v.
United States</u> (class action ending Bureau of Land Management
policy discriminating against women applicants for employment on
village fire crews) and <u>Calista v. Mann</u>, 564 P.2d 53 (Alaska
1977)(Alaska Supreme Court recognition of validity of traditional
Eskimo cultural adoptions). In 1975 Mitchell began and managed
ALSC's first Native paralegal program. In 1976 he served as
supervising attorney of ALSC's Bethel office.

In late 1976 ALSC transferred Mitchell to its headquarters
office in Anchorage, where he coordinated litigation conducted by
attorneys in ALSC's field offices. Cases of note that Mitchell
litigated during that period include <u>Williamson v. State</u> (class
action resulting in consent decree requiring State of Alaska to
provide diagnostic services and medical treatment for Medicaid
eligible children living in rural villages), and <u>State v. Tanana
Valley Sportsmen's Ass'n</u>, 583 P.2d 854 (Alaska 1978)(representing
Native organizations throughout the northwest arctic in first
action challenging the constitutionality of the Alaska
Legislature's authority to enact and implement a subsistence
hunting and fishing priority). In 1977 Mitchell represented
Native villages regarding subsistence hunting and fishing issues
during Congress's initial consideration of H.R. 39, the bill
Congress would enact in 1980 as the Alaska National Interest
Lands Conservation Act (ANILCA). <u>See</u> <u>Inclusion of Alaska Lands in
National Park, Forest, Wildlife Refuge, and Wild and Scenic
Rivers Systems: Hearings on H.R. 39, et al., before the Subcomm.
on General Oversight and Alaska Lands of the House Comm. on
Interior and Insular Affairs</u>, 95th Cong., Part XI 153, 398-479
(1977)(statement of Donald C. Mitchell).

<u>1978-1980</u>

From 1978 through 1980 Mitchell served as Washington, D.C.,
counsel for the Alaska Federation of Natives (AFN), the
organization that had been created in 1967 to represent Alaska
Natives during Congress's consideration of legislation whose
enactment would settle Alaska Native land claims. Mitchell's

2

principal responsibility was to represent the AFN before
Congress, the Department of the Interior, the State of Alaska,
and national environmental organizations regarding H.R. 39, the
bill Congress enacted in 1980 as ANILCA. In addition to
participating in the negotiation and drafting of title VIII of
ANILCA (the title establishing federal standards for regulating
subsistence hunting and fishing on public lands in Alaska),
Mitchell was responsible for representing Native interests in the
negotiation and drafting of all sections of H.R. 39 that
established policies that affected Alaska Natives generally (as
opposed to individual Native corporations and groups).

In 1980 Mitchell represented the Association of Village
Council Presidents and fifteen western Alaska communities in
Napoleon v. Hodges (9th Cir. 1980), a lawsuit that ended the
Japanese directed herring fishery in the Bering Sea that had been
damaging an important subsistence resource on which the residents
of those communities depended.

1981-1983

From 1981 through 1983 Mitchell served as vice president and
general counsel of the AFN. In that position, he represented
Alaska Natives before Congress, the State of Alaska, the
Department of the Interior, and other federal agencies regarding
a variety of Native-related issues that ranged from state and
federal regulation of subsistence hunting and fishing to Bureau
of Indian Affairs and Indian Health Service service delivery
problems. Of particular note, in 1981 Mitchell represented the
AFN before Congress during the negotiation and drafting of the
1981 amendments to the Marine Mammal Protection Act.

1984-Present

Since 1984 Mitchell has been in private practice in
Anchorage. In that capacity he represented the AFN in a three-
year negotiation that in 1988 resulted in Congress's enactment of
Pub. L. No. 100-395, which resolved one of the most complex
public land survey-related problems in Alaska. See 134 Cong. Rec.
19826 (1988)(Representative George Miller commending Mitchell for
his work during negotiation and drafting of the text of that
statute).

In addition to legislative matters, since 1984 Mitchell has
represented Native organizations in litigation of state and
national interest, including Alaska Fish and Wildlife Federation
v. Dunkle (9th Cir. 1987)(interpreting the intent of Congress
embodied in the 1918 Migratory Bird Treaty Act); McDowell v.
State (Alaska 1989)(defining the Alaska Legislature's authority
to enact statutes implementing title VIII of ANILCA); State v.
Hebert (Alaska 1990)(Alaska Supreme Court upholding regulatory
scheme for western Alaska commercial herring fishery intended to

3

encourage village economic development); <u>Peninsula Marketing Association v. State</u> (Alaska 1991)(interpreting the intent of the Alaska Legislature embodied in the 1986 Alaska subsistence statute); <u>McDowell v. United States</u> (U.S. District Court for the District of Alaska 1992)(upholding constitutionality of title VIII of ANILCA).

Between 1984 and 1986 Mitchell served as counsel to Alaska Governor Bill Sheffield's Task Force on Federal-State-Tribal Relations, and in that capacity researched and wrote the task force's report on Alaska Native tribal status that in 1988 the Alaska Supreme Court characterized as a document of "impressive scholarship." <u>See</u> <u>Native Village of Stevens v. Alaska Management & Planning</u> (Alaska 1988).

Between 1986 and 1989 Mitchell litigated <u>Kokechik Fishermen's Ass'n v. Secretary of Commerce</u> (D.C. Cir. 1988), cert. denied (1989)). The <u>Kokechik</u> decision prevented the Reagan administration from issuing the Japanese high seas drift net salmon fishery a permit to entangle and drown marine mammals within the United States 200-mile exclusive economic zone, and accelerated Alaska Natives' and the national environmental community's successful effort to compel the United States government to take more vigorous action to end high seas drift net fishing.

In 1993 Mitchell represented the six Yup'ik and Inupiat Eskimo organizations that participate in the Western Alaska Community Development Quota (CDQ) Program in <u>Alliance Against IFQs v. Brown</u> (U.S. District Court for the District of Alaska 1993), a decision in which the U.S. District Court for the District of Alaska held that Congress intended the Magnuson-Stevens Fishery Conservation and Management Act to delegate the Secretary of Commerce authority to create the CDQ program.

In 1997 Mitchell represented Alaska United States Senator Ted Stevens before the U.S. Supreme Court as amicus curiae at the petition stage in <u>Alaska v. Native Village of Venetie Tribal Government</u> (U.S. Supreme Court 1998), a case in which the Court accepted Mitchell's view that Congress did not intend land in Alaska that the Secretary of the Interior conveyed to Alaska Native corporations pursuant to the Alaska Native Claims Settlement Act to be "Indian country."

In 1999 the Alaska Office of Public Advocacy (OPA) retained Mitchell to write the petition for a writ of certiorari OPA filed on behalf of John Baker that requested the U.S. Supreme Court to review <u>John v. Baker</u> (Alaska 1999).

4

From 2000 through 2006 the Legislative Council of the Alaska State Legislature retained Mitchell to advise the legislature regarding Alaska Native-related legal and policy issues and to represent the Legislative Council in judicial proceedings. In 2000 Mitchell represented the Legislative Council in <u>Akiachak Native Community v. Monteau</u> and <u>Native Village of Barrow v. National Indian Gaming Commission</u> in the U.S. District Court for eh District of Columbia, civil actions in which two Native villages and a Native organization sought judicial review of decisions of the Commission that land on which the villages and organization desired to conduct gaming did not qualify as "Indian lands" as the Indian Gaming Regulatory Act defines that term.

In 2007 Mitchell represented the president of the Alaska Senate and the speaker of the Alaska House of Representatives in <u>In the Matter of the Gaming Ordinance of the Native Village of Eklutna</u>, an administrative proceeding before the National Indian Gaming Commission regarding the validity of a gaming ordinance the Native Village of Eklutna had submitted to the chairman of the Commission.

In 2009 the Subcommittee on Indian, Insular, and Alaska Native Affairs of the House Committee on Natural Resources invited Mitchell to appear as an expert witness regarding <u>Carcieri v. Salazar</u>, (U.S. Supreme Court 2009), a decision in which the U.S. Supreme Court held that Congress intended section 19 of the Indian Reorganization Act to limit the authority of the Secretary of the Interior to take the title to land into trust for "Indians" pursuant to section 5 of the Indian Reorganization Act to Indians who are members of a recognized Indian tribe that in 1934 was "under Federal jurisdiction."

In 2015 the Subcommittee on Indian, Insular, and Alaska Native Affairs of the House Committee on Natural Resources invited Mitchell to appear as an expert witness regarding the Department of the Interior's proposed amendments to regulations that establish an administrative process for designating groups composed of individuals of Native American descent as "federally recognized tribes."

In 2017 the Subcommittee on Indian, Insular, and Alaska Native Affairs of the House Committee on Natural Resources invited Mitchell to appear as an expert witness regarding the Department of the Interior's implementation of Section 5 of the Indian Reorganization Act.

Mitchell is the author of a two-volume history of the Alaska Native land claims movement from the Alaska purchase in 1867 to the enactment of the Alaska Native Claims Settlement Act in 1971.

In 1997 the University Press of New England published the first volume, <u>Sold American: The Story of Alaska Natives and Their Land. 1867-1959</u>, which former Secretary of the Interior Stewart Udall described as "the most important and comprehensive book about Alaska yet written and a major intellectual triumph." In 2001 the University of Alaska Press published the second volume, <u>Take My Land Take My Life: The Story of Congress's Historic Settlement of Alaska Native Land Claims. 1960-1971</u>.

In 2006 the Alaska Historical Society named <u>Sold American</u> and <u>Take My Land Take My Life</u> two of the most important books that have been written about Alaska during the modern era.

In 2016 The Overlook Press published <u>Wampum: How Indian Tribes, the Mafia, and an Inattentive Congress Invented Indian Gaming and Created a $28 Billion Gambling Empire</u>, which former United States Senate Majority Leader Harry Reid has described as "a fascinating look at the origins of Indian gaming in the U.S.A."