# ACGA EXHIBIT G

Attorneys
Lawrence A. Aschenbrenner
Bart K. Garber

# Native American Rights Fund

310 "K" Street, Suite 708 • Anchorage, Alaska 99501 • (907) 276-0680

Executive Director
John E. Echohawk

Deputy Director
Richard Dauphinais

Main Office
1506 Broadway
Boulder, Colorado 80302-6296

(303) 447-8760

February 27, 1990

Eddie Brown
Assistant Secretary for Indian Affairs
UNITED STATES DEPARTMENT OF THE INTERIOR
Main Bldg: C Street between 18th & 19th
            Streets, N.W. #4160
Washington, D.C. 20240

William Lavell
UNITED STATES DEPARTMENT OF THE INTERIOR
Associate Solicitor
Division of Indian Affairs
Main Bldg: C Street between 18th & 19th
            Streets, N.W. #6459
Washington, D.C. 20240

*[handwritten: copies to Joe Donahue, Pat Simmons, Scott Keep, Bill LaVelle, Vern Wiggins, PJC 3/5/90]*

Re: Request to Rescind, Correct and Republish Bureau of Indian Affairs List of Recognized Tribes.

Dear Mr. Brown and Mr. Lavell:

This is to request you to rescind the list of "Indian Entities Recognized and Eligible to Receive Services from the United States Bureau of Indian Affairs," published on Dec. 29, 1988, 53 Fed. Reg. 52829 - 52835, and publish a new list which corrects the errors and ambiguities of the 1988 list and explicitly recognizes the tribal status of Alaska Native Villages and other tribes. It is clear that Alaska Native villages are tribes and that the 1988 BIA list substantively and procedurally violated federal law.

We further ask you to ensure that the new list is completely accurate -- that the villages that were impermissibly left off the earlier lists are included on the new list. This request is based on the enclosed Memorandum and made on behalf of the Alaska Native Coalition; Tlingit and Haida Indian Tribes of Alaska; Tanana Chiefs Conference; Association of Village Council Presidents; Inupiat Community of the Arctic Slope; Sitka Community Association; Native Village of Tanana; Aleut Community of St. Paul; Copper River Native Association; Aleutian Pribilof Islands Association; The North Pacific Rim; Kodiak Area Native Association; Shoonaq Tribe of Kodiak; Native Village of Venetie Tribal Government and the numerous other Native communities and organizations represented by the undersigned which have a vital interest in the federal recognition of Alaska Native tribes.

Thank you for your consideration of this urgent request. We look forward to working with you on it, and on the other critical legal issues facing the Alaska Native community.

Sincerely,

*[signature]*
Lawrence A. Aschenbrenner
*[signature]*
Bart K. Garber
NATIVE AMERICAN RIGHTS FUND
Attorneys for Alaska Native Coalition

*[signature]*
Eric Smith
Legal Consultant
RurAL CAP
731 E. 8th Avenue
Anchorage, Alaska 99501

*[signature]*
David Case
COPELAND, LANDYE, BENNETT and WOLF
550 West Seventh Avenue, Suite 1350
Anchorage, Alaska 99501
Tribal Attorney for Tlingit and Haida
Central Council

*[signature]* & *[signature]*
Lloyd Miller
Reid Peyton Chambers
SONOSKY, CHAMBERS, SACHSE & MILLER
900 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Attorneys for Sitka Community Assoc.,
Native Village of Tanana, Aleut
Community of St. Paul, Copper River
Native Assoc., The North Pacific Rim,
Kodiak Area Native Assoc., Shoonaq'
Tribe of Kodiak

*[signature]*
Hans Walker
HOBBS, STRAUS, DEAN and WILDER
1819 H Street, N.W.
Washington, D.C. 20006
Attorney for Inupiat Community of
the Arctic Slope

*[signature]*
Sky Starky
Pouch 219
Bethel, Alaska 99559
Attorney for ASSOCIATION OF VILLAGE
COUNCIL PRESIDENTS

*[signature]*
Mike Walleri
122 1st. Avenue, TCC Bldg.
Fairbanks, Alaska 99701
Attorney for TANANA CHIEFS CONFERENCE

*[signature]*
Robert Hickerson
Carol Daniel
Joe Johnson
ALASKA LEGAL SERVICES
1016 West Sixth Ave., Suite 200
Anchorage, Alaska 99501

*[signature]*
Judy Bush
Andy Harrington
Bill Caldwell
Kathy Keck
ALASKA LEGAL SERVICES
763 Seventh Avenue
Fairbanks, Alaska 99701
Attorneys for Native Village of
Venetie Tribal Government

*[signature]*
Jim Vollintine
VOLLINTINE and CAREY
310 K. St., Suite 408
Anchorage, Alaska 99501

*[signature]*
Bert Hirsch
81-33 258th St.
Floral Park, New York 11004
Attorney for Native Village of
Tyonek

*[signature]*
Aleen Smith
NORTH PACIFIC RIM
3300 C. St.
Anchorage, Alaska 99503
Attorney for North Pacific Rim

*[signature]*
Dan Duame
Box 271
Nome, Alaska 99762
Attorney for KAWERAK INC.

*[signature]*
Faith Roessel
NATIVE AMERICAN RIGHTS FUND
1712 N. St., N.W.
Washington, D.C. 20036