# ACGA EXHIBIT H

# Native American Rights Fund

**MEMO**

TO: Mike Walleri, Eric Smith, Dave Case, Bart Garber, Kari Bazzy Garber, Sky Starkey, Lloyd Miller, Robert Hickerson, Judy Bush, Paul Tony, Aleen Smith, Bruce Baltar, Bert Hirsch and Hans Walker

FROM: Lare A. & Bob A.

DATE: March 20, 1993

RE: New list of Federally Recognized Tribes

Please find for your review a draft letter to the Assistant Secretary, a draft 1993 Federal Register List of Federally Recognized Tribes in Alaska and a draft Explanation and Rationale for the new list.

We have been in contact with Scott Keep and he believes the time is right to follow up on our letter to Secretary Babbitt. The plan is to get Eddie Brown (who is still in office) to direct the Bureau to review the proposed new Federal Register list and come up with its own draft list, and to give this matter priority starting *now*!

If we wait for the appointment and confirmation of the new Assistant Secretary before we even start this process, we will be just that much further behind.

We plan to have John Echohawk ask Bruce Babbitt to *direct* Eddie Brown to take this action, if necessary. And speaking of that sort of thing, you'll be happy to learn that on March 17th the Justice Department filed its application to participate as Amicus in the *Tyonek* case. So *now* is the time to strike!

We have worked closely with Niles Cesar, Regina Parot and Andy Hope of the Juneau Area Office to identify the tribes on the proposed list along with the rationale and justification for their inclusion. They fully support this effort. If you are aware of any villages that have been erroneously omitted, now is the time to put them on. The Juneau Area office will be checking the villages on the list to insure the accuracy of the IRA or traditional names before this package goes out.

Please review and give us your suggested changes by 5:00 p.m., Tuesday, March 23rd. We have not enclosed the exhibits because they are too voluminous. If you need one or more of them give us a call.