# ACGA EXHIBIT J

# METRO

FRIDAY, October 16, 1998 ★     ANCHORAGE DAILY NEWS     SECTION D

# Candidates court Natives' favor

**By TOM KIZZIA**
Daily News reporter

When the candidates for governor speak to the Alaska Federation of Natives this afternoon, one of the most avid listeners will be Bethel traditional chief Antone Anvil.

In August, Anvil joined a handful of Native leaders in a Bethel newspaper ad endorsing Republican John Lindauer for governor. Lindauer was making a strong play for the votes of rural and minority voters statewide. For a Republican, it was an unexpected move.

Gov. Tony Knowles received the AFN's first-ever political endorsement in 1994 and swept the Bush en route to a narrow victory statewide. But four years later, Knowles appeared vulnerable among rural voters. The Democratic governor's stand on Indian country and, to a lesser extent, subsistence had left hard feelings. Knowles got a frosty reception at last year's AFN convention, where delegates voted never to make political endorsements again.

"I don't think it was hard to perceive some of the unrest in rural Alaska," said Janie Leask, a former AFN president serving as co-chairwoman of the Knowles re-election effort.

Lindauer responded with assurances about increasing minority hire for state jobs and protecting Native subsistence. During a September interview on rural issues, Lindauer recounted what he called Knowles' "broken promises" to the Bush and twice cited Anvil as a leading rural supporter.

But Anvil, reached by phone as Lindauer suggested, said he no longer supports Lindauer. Anvil said he regretted lending his name to the ad. He said he did it after the candidate promised to build a nursing home in Bethel.

Anvil, who is in Anchorage this week for the AFN convention, said he is backing Knowles now. He said questions about Lindauer's campaign financing had compounded his doubts.

Interviews with Native leaders from around the state suggest that Lindauer's populist themes have won him some support from urban minorities, especially Native corporation shareholders unhappy with management. But they appear to have been less successful in the Bush, where some complain Lindauer's positions have been vague, inconsistent or ill-informed.

"The governor told us up front he would not support Indian country. We knew that going in," said Tanana Chiefs Conference president Will Mayo, a prominent tribal advocate who has criticized Knowles in the past but has personally endorsed his re-election. "He did not go back on commitments he made."

Lindauer, Knowles and three other candidates — including Desa Jacobsson, a Native running on the Green Party ticket — will bring their campaigns for rural votes to the Egan Civic & Convention Center at 2:45 p.m. today.

For Knowles, the biggest obstacle to regaining the rural support he had in 1994 was his administration's opposition to Indian country claims brought by the village of Venetie. Earlier this year, the U.S. Supreme Court ruled for the state, saying Alaska village tribes do not have powers to tax and regulate land like reservation tribes in the Lower 48.

Many Natives saw the state's stance, especially a $1 million appropriation to fight the Venetie case, as an attack on their unique status under American law.

At the same time, Knowles said tribes have an important role to play in Alaska's future and sought a middle-of-the-road position, creating a commission to explore alternative means of rural governance. Most recently, he approved a precedent-setting contract with the Tanana Chiefs Conference of Fairbanks to administer state welfare for tribal members.

On subsistence, Knowles promoted a constitutional amendment providing a priority for rural residents. Natives supported that, but some of the details in his plan drew rural opposition. The governor was criticized for drawing up his proposal behind closed doors with limited input from Native groups.

"I think the governor has taken some tough positions and taken hits from both rural and urban Alaska, but he has remained consistent," Leask said. "I'll be interested to see if Lindauer can do the same."

Lindauer has appeared to be more accommodating toward tribal governments than his Republican rivals in the gubernatorial primary. He said it goes along with the Republican ideal of decentralizing government.

"Who am I to tell them they shouldn't call their leader 'chief' instead of 'mayor'?" Lindauer said in a recent interview. But when pressed about voting rights for nontribal members in tribal villages, he said he envisioned no problem "as long as they are functioning under the laws of the state of Alaska" — a proviso that many Native leaders say would undercut the federal-tribal relationship at the heart of tribal government.

Lindauer went on to lash out at Knowles over the Venetie lawsuit.

"Gov. Knowles promised to drop that lawsuit. He broke his promise. That's why the Natives are furious," Lindauer said. "It isn't a question about Venetie, it's a question about the governor keeping his word."

Native rights lawyer Heather Kendall-Miller, who argued the case for the village of Venetie, said Knowles kept his promise on the lawsuit. He dropped the portion of the lawsuit that opposed recognition of tribal status for Venetie and other Alaska villages, a move criticized by Republican legislators.

Asked whether he would have dropped the Venetie lawsuit if he'd been governor, Lindauer said he wasn't prepared to say.

"I came into this after all this happened, so what I would have done at that time and place I don't know. I know what I would do if I had given my word, I would have kept my word. Whether I would have given my word is the question, and I'm not sure. I have to think that through."

On subsistence, Lindauer said he opposes a rural priority amendment. Instead, he said, better resource management could ensure enough subsistence fish and game for all Alaskans, including urban Natives who he said would be left out of Knowles' plan.

One area where Lindauer is finding support is among dissident shareholders of Native corporations. They cite the presence in the campaign of Emil Notti, an AFN founder tapped by Lindauer as his future chief of staff, and Republican candidate for lieutenant governor Jerry Ward, a Native and Anchorage state senator who has sparred in the past with Cook Inlet Region Inc., the Anchorage-based regional Native corporation.

"Knowles has been bought off by big business people like CIRI. They talk, he jumps," said Richard Pomeroy, an Anchorage Native active in the shareholder movement who supports Lindauer.

Robert Rude, a CIRI critic elected recently to the corporation's board, said many shareholders want the state to take more oversight of the Native corporations, whose inner workings are largely exempted from the oversight given other corporations. Complaints have included such things as corporate use of proxies and the lack of shareholder approval of legislation affecting how Native corporations do business.

"I believe that if Lindauer and Ward and Emil Notti are elected, they will seek changes that will offer some of these protections," Rude said.

The Knowles campaign would not respond directly to the shareholder arguments for more state oversight.

"The few Alaskans that Lindauer has attracted to his campaign tend to be extremists or dissidents," said campaign communications director David Ramseur, in response to a question about the shareholders' complaints.

Notti, who is a co-chairman of the Lindauer campaign, appeared with Lindauer last week before the Alaska Inter-Tribal Council. But he has made no other appearances for the campaign, he said Thursday. He said he supports Lindauer as the best candidate for rural Alaska but declined to say why.

"I think I'll stay out of commenting on that," he said.