# Exhibit 8

To

Federal Defendants' Opposition to Plaintiff's Motion for Extra-Record Discovery

*Authority to Approve Leases of Lands for Gaming Purposes (April 1, 2002)*

 

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

APR 01 2002

Memorandum

To: All Regional Directors

Through: Deputy Commissioner of Indian Affairs

From: Assistant Secretary - Indian Affairs

Subject: Authority to Approve Leases of Lands for Gaming Purposes

This memorandum revises and amends the guidance provided in the April 24, 1997, memorandum regarding review and approval of gaming leases.

Under the April 24, 1997, memorandum, all leases of land for gaming purposes must be approved/disapproved by the Central Office. We are modifying this directive by requiring that only leases of off-reservation lands for gaming and gaming-related purposes must be approved/disapproved by the Assistant Secretary - Indian Affairs.

We have determined that leases of on-reservations lands for gaming and gaming-related purposes need not be approved/disapproved in Central Office, and should be handled at the Regional Office level. As part of that process, review and approval of environmental documentation required pursuant to the National Environmental Policy Act for leases of on-reservation lands for gaming and gaming related purposes will be conducted by the Regional Director, in coordination with the Regional Solicitor's Office. However, proposed on-reservation leases for gaming and gaming-related purposes should be submitted to the Director, Office of Indian Gaming Management, for a determination that the proposed lease complies with the requirements of the Indian Gaming Regulatory Act, including any applicable Class III gaming compact, before the lease is approved by the Regional Director. The limitations on the delegation of program authorities contained in 3 IAM 4.5 will be revised to remove the requirement that Findings of No Significant Impacts for on-reservation gaming and gaming-related leases be made only with the prior concurrence of the Director, Office of Indian Gaming Management.

If you have any questions or need clarification of any matter regarding this memorandum, please contact the Director, Office of Indian Gaming Management at (202) 219-4066.