# Exhibit 1

*to*

Plaintiff's Reply in Support of Motion for Leave to Take Extra-Record Discovery and to Compel Production of Documents Not Included in the Administrative Record as Produced

# Additional Excerpts of Administrative Record

**United States Department of the Interior**

OFFICE OF THE SOLICITOR

In reply, please address to:
Main Interior, Room 6456

Michael J. Cox, General Counsel
National Indian Gaming Commission
1850 M Street, NW, Suite 250
Washington, D.C. 20036

MAY 18 1995

Dear Mr. Cox:

Your office requested our views as to whether a restricted allotment held by a member of the Native Village of Eklutna (Eklutna) is "Indian lands" as defined by the Indian Gaming Regulatory Act (IGRA) upon which Eklutna may conduct Class II and Class III gaming.

On May 17, 1995 our office sent, via telefax, a draft copy of a letter opining that an individual Native allotment held in restricted fee status was not "Indian lands" pursuant to IGRA. After we sent the draft to your office, we received correspondence from the Eklutna Tribe dated May 16, 1995, withdrawing their request for your office's review of their ordinance. Accordingly, since the issue was no longer ripe for decision in your office, our opinion was not finalized and will not be issued.

If your office transmitted copies of the draft opinion to other entities, we request that you notify each entity that the opinion was never issued and that the draft opinion is not binding. Thank you for your cooperation.

Sincerely,

Robert T. Anderson
Associate Solicitor
Division of Indian Affairs

| | |
|---|---|
| **From:** | Richard Farber |
| **To:** | james_cason@ios.doi.gov; gareth_rees@ios.doi.gov |
| **Cc:** | "Colin C. Hampson"; "Lee Stephen"; Curtis@eklutnainc.com; "Anthony Marnell III"; "Padraic McCoy"; Richard Farber |
| **Subject:** | NVE Briefing for Associate Deputy Secretary James Cason |
| **Date:** | Thursday, August 10, 2017 8:47:27 PM |
| **Attachments:** | 20170810 Native Village of Eklutna Briefing For Associate Deputy Secretary Cason 08 10 17.pdf |

Gareth,

The Native Village of Eklutna has a confirmed meeting with Associate Deputy Secretary James Cason on August 15, 2017, at 1:00 P.M. EDT. The meeting will take place at the Main Interior Building, 1849 C Street NW, room 6120. The group attending will be, Lee Stephan, Padraic McCoy, Anthony Marnell III, Colin Hampson, Curtis McQueen and Richard Farber. Attached is a Briefing Memorandum for Associate Deputy Secretary James Cason to review from Native Village of Eklutna Council President, Lee Stephan . Thank you for your assistance.

Respectfully,

Richard Farber
Tribal Administrator
Native Village of Eklutna
26339 Eklutna Village Road
Chugiak, AK 99567
Office (907) 688-6020
Fax (907) 688-6021
nve.rfarber@mtaonline.net

| | |
|---|---|
| **From:** | Vanessa L. Ray-Hodge |
| **To:** | eric.shepard@sol.doi.gov; Turner, Jennifer; matthew.kelly@sol.doi.gov |
| **Subject:** | Cason Meeting |
| **Date:** | Friday, August 11, 2017 1:18:30 PM |
| **Attachments:** | 20170810 Native Village of Eklutna Briefing For Associate Deputy Secretary Cason 08 10 17.pdf |

Hi folks,

Attached is the briefing paper we sent to Associate Deputy Secretary Jim Cason and his assistant (Gareth). I am waiting to get a copy of the email that transmitted the briefing paper and will forward that once I get it. We look forward to the meeting next week.

Thanks,
Vanessa

| | |
|---|---|
| **From:** | Vanessa L. Ray-Hodge |
| **To:** | eric.shepard@sol.doi.gov; Turner, Jennifer; matthew.kelly@sol.doi.gov |
| **Subject:** | FW: NVE Briefing for Associate Deputy Secretary James Cason |
| **Date:** | Friday, August 11, 2017 2:28:36 PM |
| **Attachments:** | 20170810 Native Village of Eklutna Briefing For Associate Deputy Secretary Cason 08 10 17.pdf |

**FYI**

**From:** Richard Farber [mailto:nve.rfarber@mtaonline.net]
**Sent:** Thursday, August 10, 2017 1:25 PM
**To:** james_cason@ios.doi.gov; gareth_rees@ios.doi.gov
**Cc:** Colin C. Hampson; 'Lee Stephen'; Curtis@eklutnainc.com; 'Anthony Marnell III'; 'Padraic McCoy'; Richard Farber
**Subject:** NVE Briefing for Associate Deputy Secretary James Cason

Gareth,

The Native Village of Eklutna has a confirmed meeting with Associate Deputy Secretary James Cason on August 15, 2017, at 1:00 P.M. EDT. The meeting will take place at the Main Interior Building, 1849 C Street NW, room 6120. The group attending will be, Lee Stephan, Padraic McCoy, Anthony Marnell III, Colin Hampson, Curtis McQueen and Richard Farber. Attached is a Briefing Memorandum for Associate Deputy Secretary James Cason to review from Native Village of Eklutna Council President, Lee Stephan . Thank you for your assistance.

Respectfully,

Richard Farber
Tribal Administrator
Native Village of Eklutna
26339 Eklutna Village Road
Chugiak, AK 99567
Office (907) 688-6020
Fax (907) 688-6021
nve.rfarber@mtaonline.net