UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF ALASKA, <br><br> Defendant-Intervenor. | Case No. 1:19-cv-02388-DLF |

**[PROPOSED] ORDER**

Having considered Plaintiff Native Village of Eklutna's Motion for Partial Summary Judgment as to Counts I and III, and any responses thereto, it is ORDERED that Plaintiff's Motion for Partial Summary Judgment is GRANTED. Judgment shall be entered in favor of Plaintiff as to Count I (First Cause of Action) and Count III (Third Cause of Action).

Dated: _____          _____
                                                                    DABNEY L. FRIEDRICH
                                                                    United States District Judge

Attorneys to be notified:

champson@sonoskysd.com
whitney@sonosky.net
kristofor.swanson@usdoj.gov
lael.harrison@alaska.gov
laura.wolff@alaska.gov