IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Native Village of Eklutna**,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. Department of the Interior**, et. al,<br><br>Defendants,<br><br>and<br><br>**State of Alaska**,<br><br>Defendant-Intervenor | Case No. 1:19-cv-02388-DLF<br><br>**Certification of Second Supplement to the Administrative Record** |

Federal Defendants hereby notice the certification of a second supplement to the administrative record in this Administrative Procedure Act case. The record has been certified by John Tahsuda III (ECF Nos. 28-1, 31-1), whose further declaration as to this second supplement is attached along with an index of the supplement's contents.

December 17, 2020

1

PAUL E. SALAMANCA
Deputy Assistant Attorney General

_Kristofor R. Swanson_____
KRISTOFOR R. SWANSON
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

### CERTIFICATE OF SERVICE

I certify that on December 16, 2020, I sent the documents constituting the second supplement to the administrative record via email to each of the following:

Colin Cloud Hampson
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
champson@sonoskysd.com

Whitney A. Leonard
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
whitney@sonosky.net

Lael A. Harrison
Alaska Department of Law
lael.harrison@alaska.gov

Laura E. Wolff
Alaska Department of Law
laura.wolff@alaska.gov

                                            *Kristofor R. Swanson*
                                            Kristofor R. Swanson