IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Native Village of Eklutna**, ) <br> ) <br> Plaintiff; ) <br> ) <br> v. ) <br> ) <br> **U.S. Department of the Interior,** ) <br> **et al.,** ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 1:19-cv-02388-DLF <br><br> **CERTIFICATION OF ADMINSTRATIVE RECORD SUPPLEMENT** |

## THIRD DECLARATION OF JOHN TAHSUDA, III

I, John Tahsuda, III, state and declare the following:

1. I am employed at the U.S. Department of the Interior (Department). At the time of the decision challenged in this case, I was the Principal Deputy Assistant Secretary for Indian Affairs at the Department. I was appointed by Secretary of the Interior Ryan Zinke, effective September 3, 2017.

2. On June 18, 2018, I issued a determination (Determination) that a parcel of individually allotted land (Ondola Allotment) in Alaska was not "Indian lands" within the meaning of the Indian Gaming Regulatory Act. I also disapproved a proposed lease associated with the Ondola Allotment in the same Determination. The June 28, 2018 Determination is challenged in this case.

3. On February 13, 2020, I signed a declaration certifying the administrative record for the June 18, 2018 Determination. On May 28, 2020, I signed a second declaration certifying a supplement to the administrative record for the June 18, 2018 Determination. The Department is now supplementing the administrative record to include additional materials cited in the Determination but not already included in the record. The documents are generally publicly available, but we include them for completeness and ease of reference.

4. I certify that, to the best of my knowledge, the documents described in the attached Second Supplemental Index and the indices attached to my May 28, 2020 and February 13, 2020 declarations constitute the administrative record for the June 18, 2018 Determination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December 2020.

*John Tahsuda III*
_____
John Tahsuda, III