# Native Village of Eklutna v. Interior
## Case No. 1:19-cv-2388-DLF
## Second Adminisrative Record Supplement

| Bates Beg | Bates End | Date | Document Type | Document Description | Author |
|---|---|---|---|---|---|
| AR002556 | AR002556 | 12/5/1927 | Executive Order | Executive Order 4778 | Coolidge, Cavlin |
| AR002557 | AR002557 | 6/8/1934 | Executive Order | Executive Order 6734 | Roosevelt, Franklin D. |
| AR002558 | AR002564 | 4/19/1937 | Solicitor Opinion | Solicitor Opinion M-28978 | Chapman, Oscar |
| AR002565 | AR002565 | 7/11/1961 | Public Lands Order | Public Lands Order 2427 | Carver, John |
| AR002566 | AR002566 | 10/18/1961 | Public Lands Order | Public Lands Order 2516 | Kelly, John |
| AR002567 | AR002570 | 2/21/1962 | Decision | BLM ROW Decision 021429 | Steger, Alfred |
| AR002571 | AR002577 | 5/1/1967 | Solicitor Opinion | Solicitor Opinion M-36761 | Allan, Richmond |
| AR002578 | AR002580 | 12/5/1969 | Letter | Letter from Taylor to Sigler | Taylor, T.W. |
| AR002581 | AR002581 | 3/15/1972 | Order | Palmer v. U.S. Order | Kuykendall, Jerome |
| AR002582 | AR002584 | 3/16/1992 | Departmental Manual | 209 DM 3.2(A)(11) | N/A |
| AR002585 | AR002670 | 8/6/2003 | Senate Committee Report | S. Hrg. 108-163 | N/A |
| AR002671 | AR002746 | 2/12/2004 | Senate Committee Report | S. Hrg. 108-416 | N/A |
| AR002747 | AR002751 | 7/26/2017 | Congressional Statement | Statement S. 785 | Ruhs, John |