IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Native Village of Eklutna**,  Plaintiff,  v.  **U.S. Department of the Interior**, et. al,  Defendants,  and  **State of Alaska**,  Defendant-Intervenor | Case No. 1:19-cv-02388-DLF  **Federal Defendants' Motion for Summary Judgment** |

Federal Defendants move for summary judgment on all the claims in the Complaint (ECF No. 1) in this Administrative Procedure Act case. Support for the motion is found in the attached memorandum and the Department of the Interior's administrative record.

December 18, 2020

PAUL E. SALAMANCA
Deputy Assistant Attorney General

*\_s/ Kristofor R. Swanson_____*
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
Senior Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*