# Exhibit 1

to

Federal Defendants' Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Cross-Motion

*1906 Alaska Native Allotment Act, 34 Stat. 197 (May 17, 1906)*

Attorney-General of the United States to institute and conduct such proceedings upon the request of the Secretary of War: *Provided,* That all the expenses of said proceedings and any award that may be made thereunder shall be paid by the said person, company, or corporation, to secure which payment the Secretary of War may require the said person, company, or corporation to execute a proper bond in such amount as he may deem necessary before said proceedings are commenced. *Proviso. Expenses. Bond.*

Approved, May 16, 1906.

---

**CHAP. 2466.**—An Act To authorize the Northampton and Halifax Bridge Company to construct a bridge across Roanoke River at or near Weldon, North Carolina. *May 16, 1906. [H. R. 18204.] [Public, No. 170.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Northampton and Halifax Bridge Company, a corporation organized under the laws of the State of North Carolina, its successors and assigns, be, and they are hereby, authorized to construct, maintain, and operate a wagon, cart, vehicle, and footway bridge, and approaches thereto, across the Roanoke River at or near the town of Weldon, in the State of North Carolina, in accordance with the provisions of the Act entitled "An Act to regulate the construction of bridges over navigable waters," approved March twenty-third, nineteen hundred and six. *Roanoke River. Northampton and Halifax Bridge Company may bridge, near Weldon, N. C. Wagon and foot bridge. Ante, p. 84.*

SEC. 2. That the right to alter, amend, or repeal this Act is hereby expressly reserved. *Amendment.*

Approved, May 16, 1906.

---

**CHAP. 2469.**—An Act Authorizing the Secretary of the Interior to allot homesteads to the natives of Alaska. *May 17, 1906. [S. 5537.] [Public, No. 171.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Interior is hereby authorized and empowered, in his discretion and under such rules as he may prescribe, to allot not to exceed one hundred and sixty acres of nonmineral land in the district of Alaska to any Indian or Eskimo of full or mixed blood who resides in and is a native of said district, and who is the head of a family, or is twenty-one years of age; and the land so allotted shall be deemed the homestead of the allottee and his heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress. Any person qualified for an allotment as aforesaid shall have the preference right to secure by allotment the nonmineral land occupied by him not exceeding one hundred and sixty acres. *Alaska. Homestead allotments to natives. Allotments inalienable and nontaxable. Preference rights.*

Approved, May 17, 1906.

---

**CHAP. 2470.**—An Act For the relief of certain entrymen and settlers within the limits of the Northern Pacific Railway land grant. *May 17, 1906. [S. 2292.] [Public, No. 172.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the provisions of the Act of July first, eighteen hundred and ninety-eight (Thirtieth Statutes, pages five hundred and ninety-seven and six hundred and twenty), which provided for the adjustment by the Land Department of conflicting claims to lands within the limits of the grant to the Northern *Northern Pacific Railway.*