# Exhibit 2

to

Federal Defendants' Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Cross-Motion

*1956 amendments to Alaska Native Allotment Act, 70 Stat. 954 (Aug. 2, 1956)*

954                        PUBLIC LAW 931–AUG. 2, 1956              [70 Stat.

said commercial standards first established, a like period shall be allowed for compliance with said change in commercial standards.

Approved August 2, 1956.

Public Law 931                        CHAPTER 891

AN ACT

August 2, 1956
[H. R. 11696]

To authorize the conveyance of homestead allotments to Indians, Aleuts, or Eskimos in Alaska.

Alaska.
Homestead allotments to Indians or Eskimos.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Act of May 17, 1906 (34 Stat. 197; 48 U. S. C. 357), is hereby amended—

(a) by inserting after the word "Indian" in the first sentence thereof the following: ", Aleut";

(b) by inserting before the word "nonmineral" in the first sentence thereof the following: "vacant, unappropriated, and unreserved";

(c) by inserting after the word "Alaska" the first time it appears in the first sentence thereof the following: ", or, subject to the provisions of the Act of March 8, 1922 (42 Stat. 415, 48 U. S. C. 376–377), vacant, unappropriated, and unreserved land in Alaska that may be valuable for coal, oil, or gas deposits,";

Conveyance of title.

(d) by striking the period after the first sentence thereof and adding the following: ": *Provided,* That any Indian, Aleut, or Eskimo who receives an allotment under this Act, or his heirs, is authorized to convey by deed, with the approval of the Secretary of the Interior, the title to the land so allotted, and such conveyance shall vest in the purchaser a complete title to the land which shall be subject to restrictions against alienation and taxation only if the purchaser is an Indian, Aleut, or Eskimo native of Alaska who the Secretary determines is unable to manage the land without the protection of the United States and the conveyance provides for a continuance of such restrictions."; and

(e) by adding two new sections as follows:

Allotments in national forests.

"Sec. 2. Allotments in national forests may be made under this Act if founded on occupancy of the land prior to the establishment of the particular forest or if the Secretary of Agriculture certifies that the land in an application for an allotment is chiefly valuable for agricultural or grazing purposes.

Proof of occupancy.

"Sec. 3. No allotment shall be made to any person under this Act until said person has made proof satisfactory to the Secretary of the Interior of substantially continuous use and occupancy of the land for a period of five years."

Approved August 2, 1956.

Public Law 932                        CHAPTER 892

AN ACT

August 2, 1956
[H. R. 8226]

To amend section 1 of the Act of March 4, 1915, as amended (48 U. S. C., sec. 353).

Alaska.
School lands.
38 Stat. 1214; 66 Stat. 14.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 1 of the Act of March 4, 1915, as amended (48 U. S. C., sec. 353), is further amended by inserting before the period at the end of the first paragraph thereof a colon and the following language: "*Provided,* That