Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Alaska Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

Laura Wolff
Assistant Attorney General
Alaska Bar No. 1411108
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907.269.5275
Facsimile: 907.276.3697
Email: laura.wolff@alaska.gov

*Attorneys for State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF THE )<br>INTERIOR, et. al, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>STATE OF ALASKA, )<br>)<br>Defendant-Intervenor. )<br>) | Case No. 1:19-cv-02388-DLF |

# INTERVENOR STATE OF ALASKA'S CROSS MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the memorandum filed with this motion, the State of Alaska moves for summary judgment in favor of the defendants on all counts of the complaint.

DATED: January 22, 2021.

                              ED SNIFFEN
                              ATTORNEY GENERAL

By: /s/ *Lael A. Harrison*
     Lael A. Harrison
     Assistant Attorney General
     Alaska Bar No. 0811093
     Alaska Department of Law
     PO Box 110300
     Juneau, AK 99811-0300
     Telephone: 907.465.3600
     Facsimile: 907.465.3019
     Email: lael.harrison@alaska.gov

By: /s/ *Laura Wolff*
     Laura Wolff
     Assistant Attorney General
     Alaska Bar No. 1411108
     Alaska Department of Law
     1031 West Fourth Avenue
     Anchorage, AK 99501
     Telephone: 907.269.5275
     Facsimile: 907.276.3697
     Email: laura.wolff@alaska.gov