IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et. al, <br><br> Defendants, <br><br> and <br><br> STATE OF ALASKA, <br><br> Defendant-Intervenor. | Case No. 1:19-cv-02388-DLF |

## PROPOSED ORDER

For the reasons stated in the State of Alaska's memorandum, the plaintiffs' Motion for Partial Summary Judgment is DENIED and the State of Alaska's and Department of the Interior's Cross-Motions for summary judgment are GRANTED. The Department of the Interior's June 18, 2018 Indian lands determination did not violate the Administrative Procedure Act and judgment shall enter in favor of the Defendants on all counts of the complaint.

DATED _____, 2021

_____
The Honorable Dabney L. Friedrich
District Court Judge