IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF THE  )<br>INTERIOR, et. al,  )<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>STATE OF ALASKA,  )<br>)<br>Defendant-Intervenor.  ) | Case No. 1:19-cv-02388-DLF |

**CERTIFICATE OF SERVICE**

I certify that on January 22, 2021, true and correct copies of **INTERVENOR STATE OF ALASKA'S CROSS MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT OF INTERVENOR STATE OF ALASKA'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT, PROPOSED ORDER,** and this **CERTIFICATE OF SERVICE** were served on the following via the CM/ECF electronic filing system:

| | |
|---|---|
| Whitney Angell Leonard<br>SONOSKY, CHAMBERS, SACHSE,<br>MILLER & MONKMAN, LLP<br>725 East Firewood Lane, Suite 420<br>Anchorage, AK 99503<br>whitney@sonosky.net | Kristofor R. Swanson<br>U.S. DEPARTMENT OF JUSTICE<br>Natural Resources Section<br>150 M Street NE, Suite 3.107<br>Washington, DC 20044<br>kristofor.swanson@usdoj.gov |
| Colin Cloud Hampson<br>SONOSKY, CHAMBERS, SACHSE,<br>ENDRESON & PERRY, LLP<br>145 Willow Street, Suite 200<br>Bonita, CA 91902-1349<br>champson@sonoskysd.com | Donald Craig Mitchell<br>Counsel for Alaska Charitable Gaming Alliance<br>1335 F Street<br>Anchorage, AK 99501<br>dcraigm@aol.com |

/s/ Nomi R. Saxton
Nomi R. Saxton, Law Office Assistant I