# Exhibit 4

to

Federal Defendants' Memoranda in Support of Federal Defendants' Motion for Summary Judgment

*Allotment of Homesteads to Natives of Alaska, House of Representatives Report No. 3295, 59th Cong. 1st Sess. (April 16, 1906)*

| 59TH CONGRESS, *1st Session.* | HOUSE OF REPRESENTATIVES. | REPORT No. 3295. |
|---|---|---|

## ALLOTMENT OF HOMESTEADS TO NATIVES OF ALASKA.

APRIL 16, 1906.—Committed to the Committee of the Whole House on the state of the Union and ordered to be printed.

Mr. BYRD, from the Committee on the Public Lands, submitted the following

## REPORT.

[To accompany S. 5537.]

The Committee on the Public Lands, to whom was referred the bill (S. 5537) relating to allotment of homesteads to natives of Alaska, having had the same under consideration, respectfully submit the following report and recommend that said bill do pass without amendment:

It will be observed that the lands to be allotted under the provisions of this bill are to be nonmineral in character, which necessarily implies that they are to be agricultural lands.

The necessity for this legislation arises from the fact that Indians in Alaska are not confined to reservations as they are in the several States and Territories of the United States, but they live in villages and small settlements along the streams where they have their little homes upon land to which they have no title, nor can they obtain a title under existing laws. It does not signify that because an Alaska Indian has lived for many years in the same hut and reared a family there that he is to continue in peaceable possession of what he has always regarded his home. Some one who regards that particular spot as a desirable location for a home can file upon it for a homestead, and the Indian or Eskimo, as the case may be, is forced to move and give way to his white brother.

This has in some instances already worked severe hardship upon these friendly and inoffensive natives to the shame of our own race, due more to a lack of needed legislation than to a wanton disposition on the part of those who have thus dispossessed them than it has been to deprive the natives of what must be conceded to be their rights.

O