IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA, </br></br> Plaintiff, </br></br> v. </br></br> U.S. DEPARTMENT OF THE INTERIOR, et. al, </br></br> Defendants, </br></br> and </br></br> STATE OF ALASKA, </br></br> Defendant-Intervenor. | Case No. 1:19-cv-02388-DLF |

## CERTIFICATE OF SERVICE

I certify that on April 15, 2021, a true and correct copy of **INTERVENOR STATE OF ALASKA'S REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT** was served on the following via the CM/ECF system:

Whitney Angell Leonard
SONOSKY, CHAMBERS, SACHSE,
MILLER & MONKMAN, LLP
725 East Firewood Lane, Suite 420
Anchorage, AK 99503
whitney@sonosky.net

Kristofor R. Swanson
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
150 M Street NE, Suite 3.107
Washington, DC 20044
kristofor.swanson@usdoj.gov

Colin Cloud Hampson
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
145 Willow Street, Suite 200
Bonita, CA 91902-1349
champson@sonoskysd.com

Donald Craig Mitchell
Counsel for Alaska Charitable Gaming Alliance
1335 F Street
Anchorage, AK 99501
dcraigm@aol.com

/s/ Nomi R. Saxton
Nomi R. Saxton, Law Office Assistant I