# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIVE VILLAGE OF EKLUTNA,

    *Plaintiff*,

  v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

    *Defendants*,

  and

STATE OF ALASKA,

    *Defendant-Intervenor*.

No. 19-cv-2388 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that plaintiff's Motion for Partial Summary Judgment, Dkt. 51, is **DENIED**. It is further

**ORDERED** that defendant Department of the Interior's Cross-Motion for Summary Judgment, Dkt. 55, is **GRANTED**. It is further

**ORDERED** that defendant-intervenor Alaska's Cross-Motion for Summary Judgment, Dkt. 59, is **GRANTED**.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

                                                                   DABNEY L. FRIEDRICH

September 22, 2021                                          United States District Judge