Laura Wolff
Assistant Attorney General
Alaska Bar No. 1411108
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Facsimile: (907) 258-4978
Email: laura.wolff@alaska.gov

Attorney for State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants,<br><br>and<br><br>STATE OF ALASKA,<br><br>    Defendant-Intervenor. | Case No. 1:19-cv-02388-DLF<br><br>**MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 58(d)** |

The Court granted defendant and defendant-intervenors' motions for summary judgment on September 22, 2021 and directed the Clerk to close this case. The State of Alaska moves for entry of final judgment under Federal Rule of Civil Procedure 58(d).

DATED: December 2, 2021.

          TREG R. TAYLOR
          ATTORNEY GENERAL

By: /s/ *Laura Wolff*
    Laura Wolff
    Assistant Attorney General
    Alaska Bar No. 1411108
    Alaska Department of Law
    1031 West Fourth Avenue, Ste. 200
    Anchorage, AK 99501
    Phone: (907) 269-5275
    Facsimile: (907) 258-4978
    Email: laura.wolff@alaska.gov
    Attorney for State of Alaska

**Certificate of Service**
I certify that on December 2, 2021 the foregoing **Motion for Entry of Final Judgment Under Rule 58(d)** was served on the following via the CM/ECF electronic filing system:

Whitney Angell Leonard
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP
725 East Firewood Lane, Suite 420
Anchorage, AK 99503
whitney@sonosky.net

Kristofor R. Swanson
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
150 M Street NE, Suite 3.107
Washington, DC 20044
kristofor.swanson@usdoj.gov

Colin Cloud Hampson
SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY, LLP
145 Willow Street, Suite 200
Bonita, CA 91902-1349
champson@sonoskysd.com

Donald Craig Mitchell
Counsel for Alaska Charitable Gaming Alliance
1335 F Street
Anchorage, AK 99501
dcraigm@aol.com

/s/ *Laura Wolff*
Laura Wolff
Assistant Attorney General