AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NATIVE VILLAGE OF EKLUTNA ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV 19-2388 |
| U.S. Department of the Interior et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* U.S. Department of the Interior, et al recover costs from the plaintiff *(name)* NATIVE VILLAGE OF EKLUTNA .

☐ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Dabney L. Friedrich on a motion for Cross-motion for summary judgment by the defendant and defendant-intervenor

Date: 09/22/2021 nunc pro tunc

ANGELA D. CAESAR, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*